# EXHIBIT A

US009684893B2

(12) **United States Patent**      (10) **Patent No.:**     **US 9,684,893 B2**
Singhal                            (45) **Date of Patent:**      **Jun. 20, 2017**

(54) **APPARATUS AND METHOD FOR A WIRELESS POINT OF SALE TERMINAL**

(71) Applicant: **Tara Chand Singhal**, Torrance, CA (US)

(72) Inventor: **Tara Chand Singhal**, Torrance, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/851,909**

(22) Filed: **Mar. 27, 2013**

(65) **Prior Publication Data**

US 2014/0297434 A1      Oct. 2, 2014
US 2016/0232505 A9      Aug. 11, 2016

**Related U.S. Application Data**

(60) Continuation of application No. 12/012,345, filed on Feb. 1, 2008, which is a division of application No.
(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| *G06Q 10/08* | (2012.01) |
| *G06Q 20/20* | (2012.01) |
| *G06K 19/077* | (2006.01) |
| *G06Q 20/34* | (2012.01) |
| *G06Q 20/40* | (2012.01) |
(Continued)

(52) **U.S. Cl.**

CPC ....... *G06Q 20/202* (2013.01); *G06K 19/0723* (2013.01); *G06K 19/07749* (2013.01); *G06K 19/07773* (2013.01); *G06Q 20/027* (2013.01); *G06Q 20/10* (2013.01); *G06Q 20/1085* (2013.01); *G06Q 20/322* (2013.01); *G06Q 20/341* (2013.01); *G06Q 20/401* (2013.01)

(58) **Field of Classification Search**

CPC .... G06Q 20/202; G06Q 20/20; G06Q 20/322; G06Q 20/40; G06Q 20/3278
USPC ....................................................... 705/21
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,831,647 | A | 5/1989 | D Avello |
| 5,144,649 | A | 9/1992 | Borkowski et al. |
(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2254172 A | 5/2000 |
| DE | 10101815 A1 | 7/2001 |
(Continued)

OTHER PUBLICATIONS

Knaus, Markus H. Object-oriented accounting: A framework for a modern accounting information system. Universitaet Zuerich (Switzerland), ProQuest Dissertations Publishing, 1999.*

*Primary Examiner* — Ryan Zeender
*Assistant Examiner* — Fawaad Haider
(74) *Attorney, Agent, or Firm* — Steve Roeder, Esq.

(57) **ABSTRACT**

A wireless point of sale (POS) transaction terminal, for acceptance of bankcard payment pursuant to a sales transaction has a mobile and portable wireless device that communicates wirelessly via a wireless communication network to a payment system. The wireless device wirelessly sends a payment authorization request record incident to a payment for a sales transaction to the payment system for forwarding via a gateway to a card authorization network. The wireless device then wirelessly receives from the payment system a payment approval record for the sales transaction.

**8 Claims, 16 Drawing Sheets**







**US 9,684,893 B2**

Page 2

### Related U.S. Application Data

09/891,913, filed on Jun. 26, 2001, now Pat. No. 8,195,568.

(60) Provisional application No. 60/237,328, filed on Oct. 2, 2000, provisional application No. 60/215,261, filed on Jun. 30, 2000.

(51) **Int. Cl.**

| | |
|---|---|
| **G06Q 20/10** | (2012.01) |
| **G06K 19/07** | (2006.01) |
| **G06Q 20/02** | (2012.01) |
| **G06Q 20/32** | (2012.01) |

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,294,782 | A | | 3/1994 | Kumar |
| 5,336,870 | A | | 8/1994 | Hughes et al. |
| 5,387,784 | A | | 2/1995 | Sarradin et al. |
| 5,420,926 | A | * | 5/1995 | Low et al. ..................... 705/74 |
| 5,541,925 | A | | 7/1996 | Hall |
| 5,557,087 | A | * | 9/1996 | Duyck ..................... G07F 7/08 |
| | | | | 235/375 |
| 5,796,832 | A | | 8/1998 | Kawan |
| 5,870,722 | A | | 2/1999 | Albert et al. |
| 5,907,801 | A | | 5/1999 | Albert et al. |
| 5,933,812 | A | * | 8/1999 | Meyer ..................... G06Q 20/20 |
| | | | | 235/380 |
| 6,023,682 | A | | 2/2000 | Checchio |

| | | | | |
|---|---|---|---|---|
| 7,571,139 | B1 | * | 8/2009 | Giordano ............... G06Q 20/04 |
| | | | | 705/37 |
| 2001/0011256 | A1 | | 8/2001 | Kari et al. |
| 2001/0029485 | A1 | * | 10/2001 | Brody ..................... G06Q 20/00 |
| | | | | 705/39 |
| 2001/0037249 | A1 | | 11/2001 | Fitzgerald et al. |
| 2001/0044321 | A1 | | 11/2001 | Ausems ................ G06F 1/1626 |
| | | | | 455/556.2 |
| 2002/0002533 | A1 | * | 1/2002 | Singhal ..................... 705/39 |
| 2002/0023215 | A1 | | 2/2002 | Ding et al. |
| 2002/0025796 | A1 | * | 2/2002 | Taylor et al. ................. 455/406 |
| 2002/0025797 | A1 | | 2/2002 | Bock |
| 2002/0030579 | A1 | | 3/2002 | Zorn et al. |
| 2002/0038289 | A1 | | 3/2002 | Carmody et al. |
| 2002/0102963 | A1 | | 8/2002 | Heinonen et al. |
| 2002/0181710 | A1 | | 12/2002 | Adam et al. |
| 2003/0061113 | A1 | | 3/2003 | Bridgelall et al. |
| 2003/0093385 | A1 | | 5/2003 | Hannecart et al. |
| 2007/0124211 | A1 | * | 5/2007 | Smith ..................... 705/21 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1205895 | A2 | 5/2002 |
| GB | 2372867 | A | 4/2001 |
| TH | 30120 | A | 9/1998 |
| WO | WO9613814 | A1 | 5/1996 |
| WO | WO9834203 | A1 | 8/1998 |
| WO | WO0048107 | A1 | 8/2000 |
| WO | WO0195546 | A1 | 12/2001 |
| WO | WO0213154 | A1 | 2/2002 |
| ZA | 9702571 | A | 10/1997 |

* cited by examiner



FIGURE 1A





**FIGURE 1D**



FIGURE 1E



**Payment System 12**

Payment System Processor 29

Payment System Storage Device 26

Customer Database 38

Identifier sub-database 38A
Anonymous Identifier 320
Sequence Number 330

Identifying sub-database 38B
Sequence Number 330
Identifying data 322A-D

Bankcard sub-database 38C
Sequence Number 330
Card data 324A-B

Payment Card data sub-database 38D
Sequence Number 330
Payment card PIN data 326

25

Merchant Database 40

Merchant Identifier 51
Merchant Data 40A

Payment System Operating System 27

Payment System Program 28

**FIGURE 2**

Identifier database 38A

| Customer Identifier 320 | Sequence Numbers 330 |
|---|---|
| 408 410 412 414 416 | |
| xx-xx-xx-xxxxx-xxx-xxxx | 00001 |
| xx-xx-xx-xxxxx-xxx-xxxx | 00002 |
| xx-xx-xx-xxxxx-xxx-xxxx | 00003 |
| xx-xx-xx-xxxxx-xxx-xxxx | 00004 |
| xx-xx-xx-xxxxx-xxx-xxxx | 00005 |
| xx-xx-xx-xxxx-xxx-xxxx | 0000N |

FIGURE 3A

Identifying database  38B

**Identifying name data 322A**

**Sequence #1 330**
Jane Corky Doe 350A

**Sequence #2 330**
Michael Miliken Smith

**Sequence #3  330**

......

**Identifying address data 322B**

**Sequence #1 330**
4555 Main St. 350B

**Sequence #2 330**
4555 Power St.

**Sequence #3  330**

......

**Identifying address data 322C**

**Sequence #1 330**
Tuscany,
NY 90511 350C

**Sequence #2 330**
Albany,
GA 42256

**Sequence #3   330**

......

**Identifying e-mail data 322D**

**Sequence #1 330**
JaneD@aol.com 350D

**Sequence #2 330**
mmsmith@att.net

**Sequence #3  330**

......

**Identifying Telephone Number data 322E**

**Sequence #1 330**
914 562 7766  350E

**Sequence #2 330**
312 444 5644

**Sequence #3   330**

......

FIGURE 3B



**Payment Card data database 38D**

**PIN data 326A**

**Sequence #1  330**
1. PIN   354A
2. PIN
3. PIN
4. PIN
5. PIN
6. PIN

**Sequence #2 330**
1. PIN
2. PIN
3. PIN
4. PIN

**Sequence #3 330**
......

**Alias name data 326B**

**Sequence #1  330**
alias name   354B
**Sequence #2 330**
alias name
**Sequence #3 330**
......

**Encoding data 326C**

**code #1  354C**
code algorithm 354D
**code #2  354C**
code algorithm 354D
**code #3  354C**
code algorithm 354D
......

**FIGURE 3D**

**Bankcard data database  38C**

**Bankcard data 324A**

**Sequence #1  330**
1. Card number 1 352A
2. Card number 2
3. Card number 3
4. Card number 4
5. Card number 5
6. Card number 6

**Sequence #2 330**
1. Card number 1
2. Card number 2
3. Card number 3
4. Card number 4

**Sequence #3 330**
......

**Bankcard data 324B**

**Sequence #1  330**
1. Card expire date 352B
2. Card expire date
3. Card expire date
4. Card expire date
5. Card expire date
6. Card expire date
7. Card bank PIN 352C

**Sequence #2 330**
1. Card expire date
2. Card expire date
3. Card expire date
4. Card expire date
5. Card bank PIN

**Sequence #3 330**
......

**FIGURE 3C**



FIGURE 3E



FIGURE 4A

FIGURE 4B

FIGURE 4C



INITIAL PAYMENT SYSTEM  WEB PAGE 500A

**Create/Enter Customer Identifier 320**

| Date element 408 | Personal element 410 | Location element 412 | Name element 414 | Number element 416 |
|---|---|---|---|---|
| xx-xx-xx | xx | xxxxx | xxx | xxxx |

SEND 514

**Select Data Type to Enter/Retrieve 522**

Identifying data  322A-E

Bankcard data  324A-B

Payment Card data  326A-B

SEND 534

536

**FIGURE 5A**

PAYMENT SYSTEM DATA WEB PAGE   500B

**Personal Data Form 524A:**
**Identifying data 322A-E**
Name: 350A
First: _____  Middle: _____  Last: _____
Address: _____                                350B
City: _____  State _____  ZIP _____        350C
Tel: _____  350D E-Mail _____               350E

[ SEND ]

**Bankcard data form 524B**
**Bankcard data  324A-C**
Item   card  number 352A                         date 352B   bank PIN 352C
1.   xxxx-xxxx-xxxx-xxxx-xxxx          xx/xx
2.   xxxx-xxxx-xxxx-xxxx-xxxx          xx/xx        xxxxxx
3.   xxxx-xxxx-xxxx-xxxx-xxxx          xx/xx
4.   xxxx-xxxx-xxxx-xxxx-xxxx          xx/xx
.......

[ SEND ]

**Payment card data form 524C**
**Payment card data  326A-B**
Item   card  PIN 354A
1.   xxxx
2.   xxxx
3.   xxxx
4.   xxxx
Alias name _____  354B

[ SEND ]

**FIGURE 5B**

**FIGURE 6A**

START

Customer 20 is at merchant 22, ready to make a payment    **600**

Customer 20 selects bankcard type on card reader    **602**

Customer 20 swipes Payment Card 30    **604**

Card reader logic reads Payment Card number 422-424    **606**

Logic prompts for a card PIN    **608**

Customer 20 enters PIN 354A specific to a bankcard 31    **610**

Logic sends the Payment card number, PIN, amount and merchant identifier to Gateway 23    **612**

Gateway 23 detects Payment Card 30 and forwards data to Payment System 12    **614**

Payment System 12 receives data, decodes Payment card number 422-424, finds sequence number 430.    **616**

Payment System 12 with sequence number 430 verifies PIN 354A and identifies the specific customer bankcard 352A    **618**

Payment System 12 assembles specific bankcard data of name, card number, expiration date and sends to Gateway 23    **620**

Gateway 23 assembles payment authorization data of merchant identifier, amount, customer name, card number and expiration date and forwards to bank authorization network 21    **622**

Gateway 23 waits/receives authorization number from network 21 and forwards to merchant system 22B    **624**

Merchant Interface 22A displays payment amount approved    **626**

END

START

Customer 20 is ready to make a payment     **630**

Customer 20 enters 16 digit Payment card number 418 on web page 36 or conveys it on a voice telephone to merchant 22     **632**

Customer 20 enters 4 digit expiration date field as 4 digit PIN 420 or conveys it on voice telephone to merchant 22     **634**

Customer 20 enters Name and address on web page or conveys it on voice telephone to merchant 22     **636**

Merchant Interface 21A sends the Payment card number 418, PIN 420, amount and merchant identifier to Gateway 23     **638**

Gateway 23 detects Payment Card 30 and forwards Payment Card Number 418-420 to Payment System 12     **640**

Payment System 12 receives Payment card number 418-420, decodes number and finds sequence number 430     **642**

Payment System 12 with sequence number 430 verifies PIN and identifies the specific customer bankcard 31     **644**

Payment System 12 assembles specific bankcard data of name, card number,expiration date and sends to Gateway 23     **646**

Gateway 23 assembles payment authorization data of merchant identifier, amount, customer name, card number and expiration date and forwards to bank authorization network 21     **648**

Gateway 23 waits/receives authorization number from network 21 and forwards to merchant system 22B     **650**

Merchant Interface 22A displays payment amount approved     **652**

END

**FIGURE 6B**

START

Customer 20 is at merchant 22, ready to make a payment     660

Merchant 22 removes the wireless device 104 from docking station 102 and enters dollar amount of the transaction into the device 104 and hands over to the customer 20.     662

Customer 20 reviews amount and swipes Payment Card 30     664

Device 104 reads Payment Card number 422-424     666

Device 104 prompts for a card PIN     668

Customer 20  enters PIN 354A specific to a bankcard  31     670

Device 104 sends the data to Payment System 12 via cellular network 130     672

Payment System 12  receives data, decodes
Payment card number 422-424, finds sequence number 430.     674

Payment System 12 with sequence number 430  verifies PIN 354A and identifies the specific customer bankcard  31     676

Payment System 12 assembles specific bankcard data of name, card number, expiration date, merchant identifier and amount and sends to bankcard network 21 via gateway 23.     678

Payment System 12 waits/receives authorization number     680

Payment System 12 saves authorization number and forwards to device 104     682

Customer 20 and Merchant 22 review payment authorization and Merchant 22 using docking station 102 transfers data from device 104 to the merchant system 100     684

END

**FIGURE 6C**



START

Customer 20 selects to connect to Payment System 12    702

Payment System 12 web page 500A displayed    704

Customer 20 enters/creates  Identifier 320 and submits    706

Payment System 12 checks in the identifier database 38A and
sends validation by displaying Data screen 536    708

Customer 20 selects "enter identifying data"    710

Payment System 12 displays identifying data form 524A    712

Customer 20 enters identifying data and submits    714

Payment System 12 does address verification and saves
identifying data in identifying-database 38B    716

Customer 20 selects "enter bankcard data"    718

Payment System 12 displays bankcard data form 524B    720

Customer 20 enters bankcard data and submit    722

Payment System 12 checks bankcard data and saves
bankcard data in database 38C    724

Customer 20 selects "enter Payment Card data"    726

Payment System 12 shows Payment Card form 524C    728

Customer 20 enters PINs and alias name and submits    730

Payment System 12 saves PINs & alias in database 38C    732

Payment System 12 notifies customer that
his Payment card account has been
established and a Payment card 30 will be
mailed to him.    734

Payment System 12 creates a Payment
card 30 and mails to customer.    736

END

**FIGURE 7**

US 9,684,893 B2

| 1 | 2 |

## APPARATUS AND METHOD FOR A WIRELESS POINT OF SALE TERMINAL

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is continuing application of application Ser. No. 09/891,913, titled, "Method and Apparatus for A Payment Card System", filed Jun. 26, 2001. The application Ser. No. 09/891,913 is incorporated herein by reference.

The application is related to application Ser. No. 12/012, 345, filed Feb. 1, 2008, and titled, "Security in use of Bankcards that Protects Bankcard Data from Merchant Systems in a Payment Card System of Tara Chand Singhal.

### FIELD OF THE INVENTION

The present invention is directed to a method and apparatus for facilitating payment transactions to merchants using existing bankcards and bank accounts of a customer. Further, the present invention is directed to a method and apparatus for protecting the privacy and private data of a customer in data storage and during transactions.

### BACKGROUND

People usually carry multiple types of bankcards. The multiple types of bankcards can include charge cards, debit cards, check cards, and merchant cards specific to a merchant. These types of bankcards have become very popular and a large number of people carry multiple different bankcards.

Unfortunately, existing bankcards are not entirely satisfactory, and have a number of deficiencies. For example, existing bankcards suffer from ever changing security issues that the banking industry is always working to solve. Also, it is inconvenient for the customer to carry multiple different bankcards. Existing bankcards have other additional deficiencies than those detailed herein.

### SUMMARY

This invention is directed to a payment card that can be used by a customer to perform a transaction with a merchant. In some of the embodiments provided herein, the payment card facilitates the use of an existing bankcard of the customer to conduct a particular transaction. In some of the embodiments, the payment card provides a level of security to the customer because the payment card does not identify the customer. Further, the card number and/or the expiration date of the payment card is not disclosed to the merchant.

The use of the payment card is facilitated by a payment system. The payment system allows the customer to open a payment card account. In one of the embodiments provided herein, the payment system stores private data of the customer that is not directly recognizable and traceable to the customer.

As used herein the term "bank card" shall mean and include charge cards, debit cards, and check cards issued by banks and/or other institutions, and merchant cards specific to a merchant. A number of alternate types of bankcards are already in existence.

Further, as used herein, the term "privacy payment" shall mean and include a form of payment that does not specifically identify the customer to the merchant. For example, the privacy payment does not include and/or disclose the physi-

cal address, the social security number, the electronic mail address, and/or information of the bankcards of the customer to the merchant.

Moreover as used herein, the term "private data" shall mean and include data that when taken alone can be used to specifically identify the customer. Private data can include the physical address, the social security number, the electronic mail address, the driver's license number, and/or the information of the bankcards of the customer. Private data is also sometimes referred to as identifying data.

As provided herein, some embodiments of the present invention can allow the customer to purchase one or more items or services from the merchant without the merchant knowing the identity, bankcard information and/or address of the customer. Stated another way, the payment system allows the customer to purchase one or more items or services from the merchant without disclosing the name, physical address, electronic mail address, and bankcard information of the customer to the merchant. As a result thereof, the payment system minimizes the number of people, businesses and institutions that have access to the private data of the customer. This minimizes the chance for the private data of the customer to be improperly disseminated.

### BRIEF DESCRIPTION OF THE DRAWINGS

The novel features of this invention, as well as the invention itself, both as to its structure and its operation, will be best understood from the accompanying drawings, taken in conjunction with the accompanying description, in which similar reference characters refer to similar parts, and in which:

FIG. 1A-1E are block diagrams that illustrate an apparatus and method having features of the present invention;

FIG. 2 is a block diagram that illustrates a payment system having features of the present invention;

FIGS. 3A-3E are block diagrams that illustrate databases having features of the present invention;

FIG. 4A-4C illustrates a customer identifier having features of the present invention;

FIGS. 5A and 5B are simplified examples of web pages that can be generated by the payment system; and

FIGS. 6A-6C and 7 are block diagrams that outline the operation of a method and apparatus having features of the present invention.

### DESCRIPTION

#### Introduction

Referring initially to FIGS. 1A-1C, a method and apparatus 10 having features of the present invention can include a payment system 12, a payment system interface 12A, at least one customer interface 20A for a customer 20, one or more merchant interfaces 22A (two are illustrated) for two merchants 22. In some of the embodiments, a payment card 30 (illustrated in FIG. 1B) (i) facilitates the anonymous use of one or more bankcards 31 (illustrated in FIG. 1C) of the customer 20 and (ii) provides anonymity and security to the customer 20 in transactions between the customer 20 and the merchant 22.

As an overview, the present invention allows the customer 20 to maintain private data 25 (illustrated in FIG. 2) of the customer in the payment system 12, and to use the payment card 30 in place of other bankcards 31 of the customer.

US 9,684,893 B2

3

Preferred and optional aspects of the method and apparatus 10 are described below. The headings are provided for the convenience of the reader.

Payment System 12

Referring to FIG. 2, the payment system 12 includes (i) a payment system storage device 26, (ii) a payment system operating system 27 stored in the payment system storage device 26, (iii) a payment system program 28 stored in the payment system storage device 26, (iv) and a payment system processor 29 connected to the payment system storage device 26.

The payment system processor 29 can include one or more conventional CPU's. The payment system processor 29 can be capable of high volume processing and database searches.

The payment system storage device 26 can, for example, include one or more magnetic disk drives, magnetic tape drives, optical storage units, CD-ROM drives and/or flash memory. The payment system storage device 26 also contains a plurality of databases used in the processing of transactions pursuant to the present invention. For example, as illustrated in FIG. 2, the payment system storage device 26 can include a merchant database 40, and a customer database 38. As outlined below, the customer database 38 can retain information regarding one or more existing bankcards 31 of the customer 20. The information can include the customer name, the number for each bankcard 31, and/or the expiration date of each bankcard 31.

Referring back to FIG. 1A, the payment system 12 includes a system network interface 12B that allows the payment system 12 to communicate with the customer 20. Conventional internal or external modems may serve as the system network interface 12B. In one embodiment, the system network interface 12B is connected to the customer interface 20A on a global network 24. Alternately, the system network interface 12B can be connected by an electronic, a voice and/or a traditional communication system that allows the payment system 12 to interact with the customer interface 20A. For example, the payment system 12 can be connected to the customer interface 20A with one or more phone lines.

The payment system interface 12A can include an input device (not shown), such as a keyboard, mouse or voice recognition software and a display that allows access to the payment system 12. As illustrated in FIGS. 1A, 1D and 1E, the payment system interface 12A interfaces with a gateway 23, which interfaces with a bank card authorization network 21. The gateway 23 is a computer system that routes the data for payment authorization to the bank card authorization network 21, based on the bank routing number, usually the first 4 digits of the bankcard number. The bankcard authorization network 21 is computer systems that process data from an existing bankcard 31. The bankcard authorization network 21 receives the payment transaction data regarding the bankcard 31 and returns payment authorization data. The gateway 23 and network 21 can be similar to existing prior art devices used to process existing bankcards.

The payment system processor 29 is operative with the payment system program 28 to perform the steps outlined in FIGS. 6A-6C and 7.

A customer network interface 20B allows the customer 20 to communicate with the payment system 12 and/or the merchant 22. Conventional internal or external modems may serve as the customer network interface 20B. In one embodiment, the customer network interface 20B is connected to the merchant interface 22A and the payment system interface 12A on the global network 24. Alternately, the customer

4

network interface 20B can be connected by other electronic, voice and/or traditional communication systems that allow the customer 20 to interact with the merchant interface 22A and the payment system interface 12A.

The customer interface 20A can include an input device, such as a keyboard, mouse or voice recognition software and a display that allows the customer 20 to interact with the customer network interface 20B.

A merchant network interface 22B allows the merchant 22 to communicate with the gateway 23. Conventional internal or external modems may serve as the merchant network interface 22B. The merchant network interface 22B can be connected to the customer interface 20A on the global network 24. Alternately, the merchant network interface 22B can be connected by other electronic, voice and/or traditional communication systems that allow the merchant 22 to interact with the gateway 23.

The merchant system interface 22A can include an input device, such as a keyboard, mouse or voice recognition software and a display that allows access to the gateway 23.

Payment Card 30

With reference to FIG. 1B, the payment card 30 has front side 30A and back side 30B. The front side 30A can include the name of the card 32A, and the customer name 32B. The customer name 32B can be a chosen alias 354B of the customer as described later with reference to FIGS. 3D and 5B. The back side 30B can include a machine readable area 33 such as a magnetic strip. The magnetic strip can include data in an encoded form. The data can include a customer identifier 320. One form of the customer identifier 320 is described later with reference to FIG. 4C.

In some of the embodiments, the information and data contained in the magnetic strip does not contain any of the private data 25 of the customer such as the name, the customer address, the card number(s) of the existing bank cards 31 of the customer 20 and/or the expiration date of the existing bank cards 31 of the customer 20. With this design, if the payment card 30 fell into wrong hands, it does not identify the name of the customer and the existing bank card(s) of the customer 20.

Bank Card 31

FIG. 1C illustrates a bankcard 31 that can be used in conjunction with the present invention. The bankcard 31 can be a debit card, a credit card, a check card, or another type of card already obtained by the customer. The bank card 31 can include private data 25 of the customer 20 including the name, number of the bank card, expiration date of the bank card 31 and signature as illustrated on front and back sides 31A and 31B of the bank card 31.

Payment Card 30 Usage

With reference to FIG. 1D, when the customer 20 is using the payment card 30 at the location of the merchant 22, the payment card 30 can be swiped in a card reader 34 that is at the location of the merchant 22. The card reader 34 is adapted to read the readable area 33 of the payment card 30. The card reader 34 can include a display window 34A, a card slide slot 34B, function buttons 34C that enables the selection of one of the bank cards, a numeric keypad 34D, an enter button 34E and Yes/No button 34F. Subsequently, the customer 20 uses the buttons 34C to select the type of transaction and enters a PIN number using the numeric keypad 34D. The merchant interface 22A generates a merchant identifier and a total payment amount for the transaction. The merchant identifier can be any combination of characters that identifies the merchant 22. The total payment amount for the transaction will vary according to the trans-

US 9,684,893 B2

5                                                                           6

action. The transaction can be for one or more purchased item(s) and/or services from the merchant.

Next, the data from the payment card **30**, the merchant identifier and payment amount is then sent to the gateway **23** using the merchant network interface **22**B. In this embodiment, the gateway **23** is adapted to recognize and/or identify the payment card **30** relative to other bankcards **31**. When the gateway **23** detects that the payment card **30** is being used, the gateway **23** connects to and sends the payment card number and PIN data to the payment system **12** and waits for the payment system **12** to send the customer name, the number of the bank card and the expiration date of the bank card **31** from the payment system **12** to the gateway **23**. The adapted gateway **23** then reassembles the payment transaction data of name, the bankcard number, expiration date, merchant identifier and amount and sends that to the bankcard authorization network **21**. The bankcard authorization network **21** uses this information to determine if the bankcard is good to cover the transaction. If acceptable the authorization network **21** provides a payment authorization number that is forwarded to the merchant via the gateway **23**. Additionally, the bankcard of the customer is charged or debited by the authorization network **21**.

Alternately, referring to FIG. **1**D, the customer **20** can use the payment card **30** to make a transaction in a location, away from the merchant using the World Wide Web. In this version, the customer **20**, instead of being physically at the location of the merchant **22**, is making a payment through a merchant web page **36**, that displays the merchant identifier **36**A, the payment amount **36**B, a space for entry of card number **36**C of the payment card **30**, the expiration data **36**D of the payment card **30**, the name **36**E of the customer and the e-mail address **36**F of the customer. The customer **20** enters the payment card **30** data such as card number, expiration date, name and e-mail. Some of the data to be entered here is illustrated later with reference to FIG. **4**B.

Subsequently, the information is transferred to the gateway **23**. When the gateway **23** receives the connection and data from the merchant web page **36**, the adapted gateway **23** detects the use of the payment card **30** and forwards the data to the payment system **12**. The payment system **12**, using the data received via the gateway **23**, searches the payment system databases **38**A-**38**D (illustrated in FIG. **2**), and assembles the pieces of a payment transaction including customer name, the number of the bank card, the expiration date of the bank card, and forwards that to gateway **23**, which completes the assembly of payment transaction record along with merchant identifier and amount forwards to the bank card authorization network **21**. The bankcard authorization network **21** processes a payment from one of the bankcards **31** of the customer and generates a payment authorization number. For each payment transaction, the gateway **23** or the merchant interface **22**A generates a reference number. The reference number is used to reference a particular payment from other payments processed through the gateway **23** and the authorization network **21**. On payment approval, the reference number, and a payment authorization number are returned to the merchant interface **22**A. The reference number and the payment authorization number is a "privacy payment" that does not identify the customer to the merchant.

The card authorization network **21** cannot distinguish this payment transaction from any other card payment transaction it may receive directly from the gateway **23**. The card authorization network **21** processes the transaction and responds with the payment authorization and reference number for the transaction. On receiving the payment autho-

rization number, the gateway **23** forwards the information to the merchant **22**. Additionally, the bankcard of the customer is charged or debited by the authorization network **21**.

FIG. **1**E illustrates an alternative way to conduct a transaction using the payment card **30**. In this alternative embodiment, the payment transaction data is directly received by the payment system **12** with the help of a wireless network without it first going to the gateway **23**. The payment system **12**, with this payment data, is able to assemble the complete payment data of the customer including the customer name, bank card number, expiration date, and amount and merchant identifier and forward that to the gateway **23**, which in turn forwards it to the authorization network **21**. In this embodiment, the gateway **23** need not be adapted to recognize a payment card.

Further, in this embodiment, a merchant computer system **100**, a wireless data input device **104** and a docking station **102**, can be utilized. The docking station **102** is used to charge the device **104** and to transfer data **102**A between the input device **104** and the merchant computer system **100**. The input device **104** can include privacy shields **106** that are hinged to the left and/or right sides of the device **104**. The shields **106** may be folded when the device **104** is put in the docking station **102**. The shields **106** may be unfolded when used by the customer **20**.

The device **104** can include a display screen **104**A, a keypad **104**B, a card reader mechanism **104**C and antenna **104**D. The device **104** can include memory for storing details of multiple transactions (not shown). The device **104** may also have a printing mechanism (not shown).

The merchant **22** can pre-program the device **104** with the merchant identifier **51** that enables the payment system **12** to identify the merchant. The merchant, at the time of a payment transaction with the customer, may remove the device **104** from the docking station **102**, enter the dollar amount of the transaction using keypad **104**B and display screen **104**A, and then transfer the device **104** to the customer **20**.

The device **104** enables the customer **20**, to review the dollar amount of the transaction and to swipe the payment card **30** and then enter a personal identification number in the device **104**. The device **104** forwards the customer data and merchant data as a data block **122** to the payment system **12** using a wireless cellular network **130**.

The payment system **12**, using the customer data and merchant data, as described elsewhere in this application, runs a credit card transaction using the gateway **23** and the payment network **21** and returns the reference number and the payment authorization number for this transaction **124** to the device **104**. The customer reviews the authorization. The device **104** can include a printer (not shown) for printing a confirmation slip that lists the date, the merchant, the dollar amount and/or the reference number. The customer subsequently transfers the device **104** to the merchant. The merchant may return the device **104** back to the docking station **102** or use the device **104** for another transaction with another customer. The docking station **102** reads the payment data of each transaction from the device **104** by the transaction's date/time, reference numbers and authorization numbers, dollar amount **120** and transfers the data to the merchant computer system **100**.

System Program **28**

The payment system program **28** is operative with the payment system processor **29** to provide the functions of (i) interfacing with the customer **20** to receive and save customer private data **25** in databases **38**A-**38**D via web pages **500**A-**500**B, (ii) interface with the gateway **23** to receive

US 9,684,893 B2

7

payment transaction data from the merchant 22, (iii) process payment transaction data by searching databases 38A-38D to assemble an existing card payment transaction data, and (iv) to interface with the card networks 21 to send the transaction data and receive payment authorization number and a reference number. Further, the system program 28 is operated with the payment system processor 29 to perform the tasks of the payment system 12 provided herein.

Customer Database 38

With reference to FIG. 2, the customer database 38 within the payment system 12 contains private data 25 specifically related to the customer 20 that is transferred to the privacy system 12 from the customer. The private data 25 related to the customer 20 can be separated and stored in at least four separate sub-databases, namely, (i) an identifier sub-database 38A, (ii) identifying data sub-database 38B, (iii) existing bank card data sub-database 38C, and (iv) payment card PIN data sub-database 38D of each customer 20. The sub-databases are explained below.

Identifier Database 38A

Referring to FIGS. 2 and 3A, the payment system 12 can store a customer identifier 320 for each of the customers 20 in the identifier database 38A. As provided herein, the customer identifier 320 can be used to anonymously identify and verify the customer 20 for gaining access to and interacting with the payment system 12. The customer identifier 320 enables the customer 20 to interact with and use the payment system 12 without revealing private data of the customer. Stated another way, the customer identifier 320 enables the customer 20 to be anonymously identified to the payment system 12.

The customer identifier 320 can be any number of characters that can be used to identify and verify the customer 20 for gaining access to and interacting with the payment system 12. The customer identifier 320 can be self-created by the customer 20. More specifically, the customer 20 can create the exact characters that make up the customer identifier 320 without the aid or authority of any business, the payment system 12 or government entity. However, as provided herein, the payment system 12 can provide a guideline for the format of the customer identifier 320. The details of the customer identifier 320 are explained in more detail below.

The payment system 12 can also assign and associate a unique sequence number 330 for each customer identifier 320. The sequence number 330 can include any number of characters. The sequence number 330 is subsequently used as a reference to save and retrieve the private data 25 of the customer 20 in the identifying database 38B, existing bankcard data database 38C and payment card data database 38D. The sequence number 330 can also be stored with the customer identifier 320 in the identifier database 38A.

The customer 20 can access the payment system 12 using the customer network interface 20B. Upon the entry of the customer identifier 320 by the customer 20 via the customer interface 20A, the payment system program 28 operates with the payment system processor 29 to review the identifier database 38A to check for the existence of the customer identifier 320. Upon the location of an existing customer identifier 320, the payment system 12 allows the customer 20 to have access to the private data 25 that is tied to the customer identifier 320. The identifier database 38A is also used to store the new customer identifier 320 for each new customer 20 that creates a new customer identifier 320.

Identifying Database 38B

Referring to FIG. 3B, the payment system 12 can store any identifying data 322 of the customer 20 in the identi-

8

fying database 38B of the storage device 26. Identifying data 322, as used herein, shall mean any information or data of the customer 20 that if used independently is sufficient to positively identify the customer 20 to a third party. Examples of identifying data 322 can include, a name, an address, a telephone number, a facsimile number, an e-mail address, a social security number, credit card number, and/or a driver license number of the customer 20.

The identifying data 322 can be kept in the identifying database 38B of the payment system 12 in a manner that safeguards the privacy of the identifying data 322 in the storage device. Many approaches may be used to safeguard the privacy of identifying data 322. For example, access to the identifying database 38B can be controlled by a password (not shown).

The present invention also discloses a method that may be used in conjunction with and/or separately from any other methods to make the identifying data 322 stored in the identifying database 38B more secure. This method uses separate databases for each piece of the data. As a simplified illustration, referring to FIG. 3B, the name 350A, street address 350B, city/state/zip address 350C, e-mail address 350D, and telephone number 350E of the customer may be kept in physically separate databases 322A to 322E respectively. The data pieces within the separate sub-databases are referenced to the customer by the sequence number 330 and are accessible by using the sequence number 330. In this method, the identifying data of the customer is fragmented over many databases and storage devices, such that one database only stores partial information of the customer.

Existing Bank Card Data Database 38C

With reference to FIG. 3C, the information and data relating to the existing bankcards 31 of the customer 20 can be stored as multiple partial card data in multiple databases of the payment system. As a simplified illustration, for each bankcard 31, the customer name is stored as data 322A in database 38B (illustrated in FIG. 3B) and the card number and card expiration as data 324A and 324B in database 38C. The database 324A may store card numbers 352A. The data relating to the multiple bankcards of the customer can be stored and anchored by sequence number 330. Database 324B can store for each of the bank cards, its corresponding expiration date 352B and for those bank cards for which a PIN is used, the PIN of the bank card 352C.

Existing Card Data Security Methods

To provide yet another level of security, for each bankcard 31, the card number and the expiration date may be partitioned, as partial data elements into separate databases. There are many methods of creating partial data elements, some of them are described herein. The details of breaking the data into partial data elements and then reconstructing the original data from the partial data elements are exclusively embedded in the logic of the payment system program which stores and retrieves the data and is not part of the data itself. This provides a level of security to the data of the bankcard that is stored in the payment system. Some examples of logic that may be used in creating partial data elements are described as follows:

Method 1: partial data elements are 16 digits of the card number and expiration date of the bankcards.

Method 2: partial data elements are the first 4 digits of the 16 digits of the card number and remainder 12 digits added to the 4 digits of the expiration date.

Method 3: partial data elements are the first 8 digits of the 16 digits of the card number and the remainder 8 digits added to the 4 digits of the expiration date.

9
10

Method 4: partial data elements are five sequences of four 4-digits of the 16 digits of the card number and 4 digits of the expiration date.

Method 5: partial data elements are five sequences of four 4-digits of the 16 digits of the card number and 4-digits of the expiration date. Wherein the five sequences are stored in a random order, the order of randomness being part of data storage and data retrieval logic.

Method 6: partial data elements are five sequences of four 4-digits of the 16 digits of the card number and 4-digits of the expiration date. Wherein any one 4-digit number, selected in a random order is offset by an offset number, the random order and offset number being part of data storage and data retrieval logic.

Method 7: Any permutation or combination of the methods 1 to 6 discussed above.

One of the data security methods described above is illustrated with a simplified illustration in FIG. 3E. The number 352A of the bankcard is referenced by the sequence number 330. As detailed below, the original information is transferred into equivalent information that is indistinguishable in format to the original information. To be indistinguishable, for example, (i) numbers in the original information are replaced with alternate numbers in the equivalent information, and (ii) letters in the original information are replaced with alternate letters in the equivalent information. The bankcard number 352A is broken into four original elements A, B, C and D. The element A is a bank code that identifies the bank that issued the bankcard. The expiration date 352B is called original element E.

A transformation logic 310 within the system program 28 is used to transform the bankcard data 352A and 352B into equivalent data elements 314 for storage. The transformation logic 310 takes the original bankcard data elements and transforms the data into an equivalent bankcard data elements that is indistinguishable from the original bankcard data in format. Subsequently, the equivalent data elements are stored in the payment system.

This method of data storage obviates the need and expense for extra-ordinary measures to secure and safeguard the databases. The transformation logic 310 is the only knowledge that needs to be protected. The transformation logic 310 is only known to the creators of the logic design and is further stored in the computer system as complied code, and thus not accessible for theft directly from the computer system.

The transformation logic 310 has a forward transform logic 310A, a reverse transform logic 310B, a bank code table 310C listing all the possible bank codes, an expiration date table 310D, listing all the possible expiration dates and an offset table 310E, listing the offsets that are applied to the elements A, B, C, D, and E for a range of sequence numbers.

For a bankcard data that is input to the logic 310, the forward transform logic 310A, determines the range of the sequence number. Then using this range it reads the offsets for that range from table 310E. Offset 1 is applied to original element A to get equivalent element A, offset 2 is applied to original element B to get equivalent element B, offset 3 is applied to original element C to get equivalent element C, offset 4 is applied to original element D to get equivalent element D and offset 5 is applied to original element E to get equivalent element E.

These offsets can be of many types. For example, the offsets for element A and E enable an equivalent bank code and expiration date from the tables 310C and 310D. Offsets for element B, C and D provide a means for new equivalent elements B, C and D.

The reverse transform logic 310B, using the sequence number 330 as an input parameter, enables the equivalent bank card data 314 to be converted back to the original bank card data of 352A and 352B.

It is believed, using this type of transformation logic, there is no correlation between the equivalent bankcard data and the original bankcard data, such that a thief or hacker cannot determine the original bankcard data. It obviates the need for extra-ordinary measures to safeguard the bankcard databases.

Payment Card Data Database 38D

With reference to FIG. 3D, the data of the payment card 30 of the customers 20 can be stored within two databases 326A and 326B. The database 326A may store PIN numbers 354A for each bank card 31 in database 324A that have been self-selected by the customer 20. The sequence number 330 anchors the PIN data of each customer. Database 326B may store for each customer the self-selected alias name 354B of the customer. The sequence number 330 also anchors the alias name data 326B of the customer.

Customer Identifier

FIG. 4A illustrates one embodiment of a customer identifier 320. The customer identifier 320 illustrated in FIG. 4 utilizes a single data string 400 that can be used to anonymously verify the customer 20 to the payment system 12. Because there is no public identification step, the identity of the customer 20 can be maintained within the payment system 12 without formally and publicly identifying the customer 20 to the payment system 12. Further, the customers 20 can access the payment system 12 without personally identifying themselves to the payment system 12.

The anonymous identifier 320 can include one or more elements 408, 410, 412, 414, 416 that are separated by a delimiter 404. The elements 408-416 make it easy for the customer 20 to create, use and remember the anonymous identifier 320. Each of the elements 408-416, for example, can include one or more easy to remember characters.

As provided herein, a first element 408 can include the sub-elements of a calendar date. A second element 410 may be a class code of the customer 20. A third element 412 may be in the form of a location code of the customer 20. A fourth element 414 may be a name abbreviation of the customer 20. A fifth element 416 can be a sequence code.

Any combination and/or organization of one or more of the elements 408-416 as described above may be used as the customer identifier 320. The customer identifier 320 can be self-created by the customer 20 the first time the customer 20 interacts with the payment system 12. After the customer identifier 320 is created, it can be stored in the identifier database 38A by the payment system 12. Subsequently, the customer identifier 320 is used to verify the customer 20 to the payment system 12 so that the customer has access to the private data 25 of the customer in the payment system 12.

FIG. 4B illustrates a form of the customer identifier 320 that may be used for a web based payment transaction, where the card number, expiration date, and name need to be provided. It may also be used where the customer 20 has established a voice communication with an employee of the merchant to process the payment transaction. A sixteen digit payment card number 418 is provided. This card number has the customer identifier 320 that includes elements of date 408, personal code 410, zip code 412, and name initials 414 as one continuous string. A card expiration date string 420 of 4 digits may be provided. This string 420 may be the payment card PIN 354A that identifies the particular existing bankcard the customer may choose for this transaction. For the name, the customer may provide an alias name 354B.

US 9,684,893 B2

11

The payment card PIN **354**A and alias name **354**B are illustrated in FIGS. **3**D and **5**B.

FIG. **4**C illustrates a form of customer identifier **320** that may be stored in the readable area **33** of the payment card **30**. The customer identifier is encoded **422** and the code number **424** used for encoding is embedded by appending it as part of the encoded customer identifier.

Referring to FIG. **3**D, the payment card database **38**D maintains the encoding data **326**C as data items code number **354**C and the code algorithm **354**D. When a transaction using the card **30** is received at the payment system **12** via the gateway **23**, the corresponding algorithm is retrieved from database **326**C to decode the customer identifier. This can provide a level of security to the customer, if the card **30** falls in the possession of a dishonest person.

Merchant Database 40

In an optional version of the present invention

Payment System Web Pages 500

In an optional version of the present invention, the payment system program **28** is operative with the payment system processor **29** to generate one or more web pages **500**A on the World Wide Web. The web pages **500**A allow each customer **20** to provide information through the customer interface **20**A to the payment system **12**. Alternately, for example, instead of the World Wide Web, the customer **20** can provide some or all of the information to the payment system **12** via voice mail, facsimile, or postal mail transmissions.

FIG. **5**A illustrates an example of an initial payment system web page **500**A. The initial system web page **500**A can be displayed on the customer interface **20**A when the customer **20** first registers with the payment system.

The initial payment system web page **500**A illustrated in FIG. **5**A includes (i) an area for entry of the customer identifier **320**, including areas for entering the data element **408**, the personal element **410**, the location element **412**, the name element **414** and the number element **416** of the customer identifier **320** of the customer **20** and (ii) a SEND icon **514**.

After the customer **20** enters the required information and clicks the SEND icon **514**, the payment system **12** receives and validates the customer identifier **320**. Subsequently, the payment system **12** generates a data type page **536** that allows the customer **20** to select data type to enter/retrieve **522** from (i) identifying data **322**, (ii) existing bank card data **324** and payment card data **326**. After selection of a data type and clicking SEND icon **534**, a data web page **500**B with the corresponding data type forms **524**A, **524**B and **524**C, are displayed. FIG. **5**B illustrates a data web page **500**B for entering customer private data **25**. Form **524**A on the web page allows entry of identifying data **322**A-E such as name **350**A, address **350**B, city/state/zip **350**C, telephone **350**D and e-mail address **350**E. Form **524**B on the web page allows entry of existing bank card data **324**A-C such as card number **352**A, card expiration date **352**B and a bank PIN **352**C, if required for the specific bank card. Form **524**C allows entry of payment card PIN **354**A and alias name **354**B. The payment card PIN **354**A is created and entered for each of the existing bank card numbers **352**A of the customer and enables the customer to select any one of the existing cards when conducting a payment transaction using the payment card.

Operation

The operation of the apparatus **10** and payment system **12** for a payment transaction can be further understood with reference to the flow charts illustrated in FIGS. **6**A-**7**. The operation of the payment card in processing a payment

12

transaction can be better understood with reference to FIGS. **6**A, **6**B and **6**C. The method for the customer **20** to establish an account with the payment system **12** is illustrated in FIG. **7**. Importantly, the order of some or all of the steps can be varied. Further, not all of the steps outlined below are necessary to perform a transaction pursuant to the present invention.

More specifically, FIG. **6**A outlines the steps for using the payment system **12** when the customer is at the location of the merchant. Referring initially to FIG. **6**A, at step **600**, the customer **20** is at the site of the merchant **22**, ready to make a payment. At step **602**, the customer selects the type of bankcard using the reader as a debit card because a debit card requires entry of PIN to complete the transaction. At step **604**, the customer swipes the payment card through the reader. At step **606**, the card reader logic reads the payment card number. At step **608**, the logic prompts the customer for a PIN number. At step **610**, the customer enters the PIN specific to one of the bankcards that the customer wishes to use for this particular payment. At step **612**, the logic sends the payment card number, PIN, dollar amount that has been entered by the merchant, and the merchant identifier to the adapted gateway **23**. At step **614**, the adapted gateway detects the use of a payment card and forwards data to the payment system **12**. At step **616**, the payment system **12** receives this data, decodes the card number, finds the sequence number. At step **618**, the payment system uses the sequence number to get and verify the PIN.

At step **620**, the payment system assembles the specific card data for one of the bankcards of the customer **20**, as identified by the PIN and sends that data to the adapted gateway **23**. The card data can include the name, card number, expiration date. The adapted gateway using that data and merchant identifier and the amount, forwards the information to the card network **21**. At step **622**, the card network **21** processes the transaction and returns an authorization number to the gateway **23**. At step **624**, the gateway **23** forwards the authorization number to the merchant system. At step **626**, the card reader displays that the transaction is approved.

FIG. **6**B outlines the steps for using the payment system when the customer is at a location away from that of the merchant. With reference to FIG. **6**B, at step **630**, the customer is ready to make a payment. At step **632**, the customer has shopped at the web page of the merchant and/or viewed a catalog of the merchant and enters the 16-digit card number of the payment card on the merchant web page or conveys it on a voice telephone to the merchant. At step **634**, the customer enters 4-digit expiration date field as 4 digit PIN or conveys it on voice telephone to the employee of the merchant. At step **636**, the customer **20** enters the name and e-mail address on web page or conveys it on voice telephone to the employee of the merchant. At step **638**, the Merchant or web logic sends the payment card number, pin, amount and merchant identifier to the gateway. At step **640**, the adapted gateway **23** detects the use of a payment card **30** and forwards data to the payment system **12**. At step **642**, the payment system receives the data, the payment card number, and finds the sequence number. At step **644**, the payment system uses the sequence number to get and verify the PIN number. At step **646**, the payment system **12** assembles specific card data of name, card number, expiration date, and sends the information to the adapted gateway **23**, which assembles the complete payment transaction data including merchant identifier and payment amount and forwards the information to bankcard authorization network **21**. At step **648**, the adapted gateway **23**

13

14

waits and receives the authorization number and at step **650**, forwards the authorization number to the merchant system **22**A. At step **652** the web logic displays card approved.

FIG. **6**C outlines alternate steps for using the payment system **12** when the customer is at the location of the merchant. In this embodiment, by using a wireless network the merchant interfaces directly with the payment system **12** and bypassing the gateway **23**. Hence, the gateway **23** need not be adapted to recognize a payment card number in this embodiment. Here, the payment system assembles a complete payment transaction data and forwards the information to the gateway **23** to be forwarded to network **21**. Alternatively the payment system may directly connect to the network **21**, bypassing the prior art gateway **23** entirely.

Referring to FIG. **6**C, at step **660**, the customer is at the site of the merchant **22** and ready to conduct a transaction. At step **662**, the Merchant removes the wireless device **104** from the docking station **102** and enters the dollar amount of the transaction into the device **104** and hands the device **104** to the customer **20**. At step **664**, the customer reviews the dollar amount and swipes the payment card. At step **666**, the device **104** logic reads the card number. At step **668** the logic prompts for a card PIN. At step **670**, the customer enters a PIN specific to a bankcard. At step **672**, the logic sends the payment card number, PIN, amount and merchant identifier to the payment system **12** via the cellular network. At step **674**, the payment system **12** receives the data, decodes the payment card number, and finds the sequence number. At step **676**, the payment system, with the sequence number, verifies the PIN and identifies the specific bankcard. At step **678**, the payment system assembles the specific card data of name, card number, expiration date, merchant identifier and amount and sends the data to payment network **21**. At step **680**, the payment system waits/receives the authorization number. At step **682** the payment system saves the authorization number and forwards the data to the device **104**. At step **684**, the merchant **22**, using the docking station, transfers data from the device **104** to the merchant system **100**.

One method used by the customer **20** to establish an account with the payment system **12** is illustrated in FIG. **7**. At step **702**, the customer selects to connect to the payment system **12**. At step **704**, the payment system web page **500**A is displayed. At step **706**, the customer enters/creates the customer identifier and submits the customer identifier. At step **708**, the payment system checks for the existence of the customer identifier in the identifier database **38**A and sends validation by displaying data screen **536**. At step **710**, the customer selects "enter identifying data". At step **712**, the payment system displays identifying data form **524**A. At step **714**, the customer enters identifying data and selects SEND. At step **716**, the payment system does optional address verification from the United States Postal Service database and then saves the identifying data in the identifying-database **38**B. At step **718**, the customer selects existing card data. At step **720**, the payment system displays existing card data from **524**B. At step **722**, the customer enters existing card data and selects SEND. At step **724**, the payment system checks existing bankcard data and saves the existing bankcard data in database **38**C. The checking of existing bankcard data may include checking for correct format and optionally may also include checking for stolen and duplicate data by connecting to the bankcard authorization network **21**. At step **726**, the customer selects payment card data. At step **728**, the payment system displays payment card data form **524**C. At step **730**, the customer enters payment card PIN data **554**A for each of the existing cards and alias name **354**B and selects SEND. At step **732**,

the payment system saves PIN data and alias name in database **38**D. At step **734**, the payment system notifies the customer that the card account has been established and a payment card will be mailed to the customer. This notification can be by e-mail, U.S. mail or a sign off message on the web page **500**A. At step **736**, the payment system creates a payment card **30** and mails it to the customer **20**.

In summary, the payment system **12** allows the customer **20** to maintain one payment card **30** that can be used to facilitate the anonymous use of the other existing bankcards **31** of the customer. The payment system can store the private data **25** of the customer anonymously by separating the data elements in separate databases. The customer can conduct a transaction and receive a service or product from the merchant **22** without disclosing the name, address, private data and credit card information of the customer **20** to the merchant **22**. The payment system **12** minimizes the number of people, businesses and institutions that have access to the private information of the customer **20**. This minimizes the opportunity for the private information of the customer **20** to be improperly disseminated.

While the particular apparatus **10** and method as illustrated herein and disclosed in detail is fully capable of obtaining the objects and providing the advantages herein before stated, it is to be understood that it is merely illustrative of the presently preferred embodiments of the invention and that no limitations are intended to the details of construction or design herein shown other than as described in the appended claims.

What is claimed is:

**1**. A merchant point of sale (POS) transaction terminal, for acceptance of bankcard payment pursuant to a sales transaction, comprising:

a. the merchant POS transaction terminal is a mobile and portable wireless device with a built-in interface to a cellular wireless communication network that communicates wirelessly via the wireless communication network to a remote payment system;

b. the merchant POS transaction terminal receives input of a merchant identifier that identifies the merchant to the remote payment system, and wherein the merchant identifier identifies a retail establishment, and generates transaction specific data such as a transaction reference number, date and time, and a payment amount;

c. the merchant POS transaction terminal receives and accepts input of bankcard data from a customer with a customer identifier, for a payment by the bankcard for a sales transaction and assembles a payment authorization request record with the merchant identifier, the transaction specific data and the customer bankcard data and wirelessly transmits the payment authorization request record from the merchant POS transaction terminal for the payment for the sales transaction to the remote payment system for forwarding via a gateway to a card authorization network; and

d. the merchant POS transaction terminal then wirelessly receives from the remote payment system a payment approval record for the sales transaction.

**2**. The terminal as in claim **1**, comprising:

the remote payment system verifies the contents of the payment authorization request record before forwarding to the card authorization network via the gateway.

**3**. The terminal as in claim **1**, comprising:

the merchant POS transaction terminal has a keypad for input of data, a display for display of data and a bankcard data receiving slot.

US 9,684,893 B2

15

**4**. The terminal as in claim **1**, comprising:

the merchant POS transaction terminal has attached to it a printing device for printing a sales receipt for a payment approved sales transaction.

**5**. A method for a merchant point of sale (POS) transaction terminal, for acceptance of bankcard payment pursuant to a sales transaction, comprising the steps of:

a. providing the merchant POS transaction terminal with an embedded mobile and portable wireless device with a built-in interface to a cellular wireless communication network that communicates wirelessly via the wireless communication network to a remote payment system;

b. receiving by the merchant POS transaction terminal input of a merchant identifier that identifies the merchant to the remote payment system, and wherein identifying by the merchant identifier a retail establishment, and generating by the merchant POS transaction terminal transaction specific data such as a transaction reference number, date and time, and a payment amount;

c. receiving and accepting by the merchant POS transaction terminal input of bankcard data from a customer with a customer identifier for a payment by the bankcard for a sales transaction and assembling by the merchant POS transaction terminal a payment autho-

16

rization request record with the merchant identifier, transaction specific data and the customer bankcard data and transmitting wirelessly by the merchant POS transaction terminal the payment authorization request record for the payment for the sales transaction to the remote payment system for forwarding via a gateway to a card authorization network; and

d. receiving wirelessly by the merchant POS transaction terminal from the remote payment system a payment approval record for the sales transaction.

**6**. The method as in claim **5**, comprising the steps of:

verifying by the remote payment system the contents of the payment authorization request record before forwarding to the card authorization network via the gateway.

**7**. The method as in claim **5**, comprising the steps of:

providing in the merchant POS transaction terminal a keypad for input of data, a display for display of data and a bankcard data receiving slot.

**8**. The method as in claim **5**, comprising:

attaching to the merchant POS transaction terminal a printing device for printing a sales receipt for a payment approved sales transaction.

* * * * *