# EXHIBIT B

**Preliminary Infringement Chart for U.S. Patent No. 9,684,893 - Poynt**

| Claim | Limitation | Poynt Products |
|---|---|---|
| 1P | A merchant point of sale (POS) transaction terminal, for acceptance of bankcard payment pursuant to a sales transaction, comprising: | Poynt devices, including at least the Poynt Smart Terminal and Poynt 5 ("Poynt devices") are merchant point of sale (POS) transaction terminals, for acceptance of bankcard payment pursuant to a sales transaction.<br><br>**Poynt Smart Terminal** — Two screens. All business. The world's first smart terminal has created a standard for an impeccable payments experience for merchants and customers. Learn More<br><br>**Poynt 5** — One screen. Big business. Our newest addition lets merchants modernize their check-out experience – go ahead, let your customers pay where and when they want. Learn More<br><br>All payments, accepted all the time. You offer your customers the products and services they love; don't forget to let them pay the way they like.<br><br>EMV   NFC   Mag Stripe   Gift Card   EBT   Cash   Credit Card   Pin on Glass |

**Preliminary Infringement Chart for U.S. Patent No. 9,684,893 - Poynt**

| Claim | Limitation | Poynt Products |
|---|---|---|
| 1a | a. the merchant POS transaction terminal is a mobile and portable wireless device with a built-in interface to a cellular wireless communication network that communicates wirelessly via the wireless communication network to a remote payment system; | Poynt devices are merchant POS transaction terminals that are mobile and portable wireless devices with a built-in interface to a cellular wireless communication network that communicate wirelessly via the wireless communication network to a remote payment system.<br><br>**A complete wireless payment solution**<br><br>Poynt lets you accept payment anywhere, with the security and convenience you should expect in your payment solution.<br><br>**EMV built-in** — No dongles or extensions needed<br>**Connect with 3G, WiFi, or both** — Pick the model that works best for your needs<br>**Extended battery life** — Go wireless for up to 8 hours<br>**Built-in receipt printer** — Provide your customers with print, email, or text receipts<br>**Pay-at-table ready** — Accept EMV compliant payments at the table, enabled by our eThor app |

**Preliminary Infringement Chart for U.S. Patent No. 9,684,893 - Poynt**

| Claim | Limitation | Poynt Products |
|---|---|---|
| | | Payments can happen outside of the checkout line<br><br>Offer your customers the most modern payment experience, without sacrificing security or features.<br><br>Efficient. Secure. Convenient.<br><br>Built-in EMV     Pay-at-table ready<br>Built-in scanner and camera     Connect with 3G, WiFi or both |

Preliminary Infringement Chart for U.S. Patent No. 9,684,893 - Poynt

| Claim | Limitation | Poynt Products |
|---|---|---|
| | | **POYNT**<br>Poynt Help Center > Resellers > 3G Terminal Setup<br><br>Articles in this section:<br>- 3G Device Overview<br>- Determining if a Device is 3G Capable<br>- Inserting a 3G SIM Card<br>- Removing a 3G SIM Card<br>- Configuring a 3G Mobile Network<br>- Confirming a 3G Connection<br><br>**3G Device Overview**<br>Alexis Burbul — 1 month ago · Updated<br><br>The 3G capable P61 Smart Terminal allows merchants to connect wirelessly using a cellular network.<br><br>If your Poynt device is 3G capable, its serial number will include a C or G instead of the usual W.<br><br>3G Enabled Device: P61S**G**... or P61S**C**<br><br>Wi-fi Only Device: P61J**W**...<br><br>**What are the connectivity options in the Poynt Smart Terminal?**<br><br>The device connects to Wifi and has optional 3G capability. It also comes with a dock that allows for USB connectivity as well as an Ethernet port. |
| 1b | b. the merchant POS transaction | Poynt devices are each a merchant POS transaction terminal that receives input of a merchant identifier that identifies the merchant to the remote payment system, and wherein the merchant |

| Claim | Limitation | Poynt Products |
|---|---|---|
| | terminal receives input of a merchant identifier that identifies the merchant to the remote payment system, and wherein the merchant identifier identifies a retail establishment, and generates transaction specific data such as a transaction reference number, date and time, and a payment amount; | identifier identifies a retail establishment, and generates transaction specific data such as a transaction reference number, date and time, and a payment amount. For example, a Poynt device will identify the merchant to the remote payment system, including identifying a retail establishment. The Poynt devices generate transaction specific data for each transaction, such as a transaction reference number, date and time, and a payment amount. |

**Preliminary Infringement Chart for U.S. Patent No. 9,684,893 - Poynt**

| Claim | Limitation | Poynt Products |
|---|---|---|
| | |  |

**Preliminary Infringement Chart for U.S. Patent No. 9,684,893 - Poynt**

| Claim | Limitation | Poynt Products |
|---|---|---|
| | | *Screenshot of Poynt Transactions screen showing a list of transactions with Time/Date, Transaction ID, Payment, Total, and Status columns. Entries include:*<br>1:16 PM Apr 10th, #0b168b65, VISA 9992, $10.00, ✓<br>1:15 PM Apr 10th, #fa0253e7, VISA 9992, $13.55, ✓<br>1:13 PM Apr 10th, #df1d2e60, VISA 9992, $12.49, ✓<br>1:12 PM Apr 10th (strikethrough), #5e3752ca, VISA 9992, $12.49 (strikethrough), ✕<br>12:12 PM Apr 10th, #d5f0c0f4, CASH, $22.50, ✓<br>12:11 PM Apr 10th, #4387f6fd, CASH, $11.43, ✓<br>12:08 PM Apr 10th, #f63f0c98, VISA 9992, $5.50, ✓<br>11:59 AM Apr 10th, #d0608bb5, CASH, $0.07, ✓<br>11:41 AM Apr 10th, #fba04932, VISA 9992, $62.00 (Inc. tip $10.00), ✓<br>11:40 AM Apr 10th, #aec52ef6, VISA 9992, $81.25 (Inc. tip $3.00), ✓<br>11:37 AM Apr 10th, #c0ca12b4, VISA 9992, $17.05 (Inc. tip $2.50), ✓<br>2:47 PM, #1ee000ab, DISCOVER 0041, $14.16, ✓<br>*"All transaction data synced just now."* |

Exhibit B - 7

| Claim | Limitation | Poynt Products |
|---|---|---|
| 1c | c. the merchant POS transaction terminal receives and accepts input of bankcard data from a customer with a customer identifier, for a payment by the bankcard for a sales transaction and assembles a payment authorization request record with the merchant identifier, the transaction specific data and the customer bankcard data and wirelessly transmits the payment authorization request record from the merchant POS transaction terminal for the payment for the sales transaction to the remote | Poynt devices are each a merchant POS transaction terminal receives and accepts input of bankcard data from a customer with a customer identifier, for a payment by the bankcard for a sales transaction and assembles a payment authorization request record with the merchant identifier, the transaction specific data and the customer bankcard data and wirelessly transmits the payment authorization request record from the merchant POS transaction terminal for the payment for the sales transaction to the remote payment system for forwarding via a gateway to a card authorization network.  For example, the Poynt devices are each EMV compliant for EMV near-field communications ("NFC") transactions.  Once the Poynt device receives the customer bankcard data from a customer via the NFC reader it creates a customer identifier (tokenization), and assembles and wirelessly transmits a payment authorization request record via the Poynt application to the remote payment system for forwarding via a gateway to a card authorization network.<br><br>**A complete wireless payment solution**<br>Poynt lets you accept payment anywhere, with the security and convenience you should expect in your payment solution.<br><br>**EMV built-in** — No dongles or extensions needed<br>**Connect with 3G, WiFi, or both** — Pick the model that works best for your needs<br>**Extended battery life** — Go wireless for up to 8 hours<br>**Built-in receipt printer** — Provide your customers with print, email, or text receipts<br>**Pay-at-table ready** — Accept EMV compliant payments at the table, enabled by our eThor app |

| Claim | Limitation | Poynt Products |
|---|---|---|
| | payment system for forwarding via a gateway to a card authorization network; and | Payments can happen outside of the checkout line<br><br>Offer your customers the most modern payment experience, without sacrificing security or features.<br><br>Efficient. Secure. Convenient.<br><br>• Built-in EMV    • Pay-at-table ready<br>• Built-in scanner and camera    • Connect with 3G, WiFi or both |

**Preliminary Infringement Chart for U.S. Patent No. 9,684,893 - Poynt**

| Claim | Limitation | Poynt Products |
|---|---|---|
| | | **Payment Processing: Apple Pay and Android Pay** |
| | | Alexis Burbul — 4 days ago · Updated |
| | | Apple Pay and Android Pay utilize NFC, or Near Field Communication. Merchants may accept NFC transactions from their merchants as Credit or Debit (if applicable) payments. |
| | | **Step 1:** Cue up a transaction (or order) in the Terminal or Register app and then select Charge. |
| | | **Step 2:** The customer will hover their NFC card or phone just above the customer-screen. A beeping sound will indicate a successful payment. |
| | | **Step 3:** Your customer will be prompted to complete the transaction, adding a tip (if applicable), signing, and selecting their receipt. |
| | | • A wide area modem[4] which provides network connectivity for both the application environment, and for provisioning and personalization of payment application onto a Secure Element[5]. |
| | | In order to conduct a payment transaction, the contactless mobile payment application interacts with a contactless payment (point of sale) terminal, which is connected into the payment system network (typically via an acquirer). The payment system network is responsible for authorization, clearing and settlement. |
| | | EMVCo Contactless Mobile Payment Architecture Overview v 1.0 (June 2010) at 9. |

**Preliminary Infringement Chart for U.S. Patent No. 9,684,893 - Poynt**

| Claim | Limitation | Poynt Products |
|---|---|---|
| | | Payment Tokenisation enhances the underlying security of digital payments by potentially limiting the risks typically associated with the compromise, or the unauthorised or fraudulent use, of Primary Account Numbers (PANs). Payment Tokenisation achieves this by replacing PANs with Payment Tokens that differ significantly in terms of the ability to control or restrict usage. Payment Tokens offer improvements in security due to the Token Domain Restriction Controls that limit the usage of Payment Tokens issued to a Token Requestor to a particular transaction environment, device, or other domain.<br><br>EMVCo White Paper on Payment Account Reference (PAR) v 1.0 (June 2016) at 1. |

Preliminary Infringement Chart for U.S. Patent No. 9,684,893 - Poynt

| Claim | Limitation | Poynt Products |
|---|---|---|
| | | <br>Figure 3: Processing Steps for an EMV Contact Chip Transaction<br><br>**5.1.2 Steps for an EMV Contactless Chip Transaction**<br><br>The major difference between an EMV contactless chip transaction and an EMV contact chip transaction is that the exchange of information between the chip and the terminal is optimised for contactless and some of the transaction steps will be performed after the payment card or device has left the proximity of the reader (e.g., online authorisation).<br><br>While the individual payment systems each have their own specification that detail exactly how Contactless transactions are optimised, they share a common goal to minimise the amount of time that the payment device must be held within proximity of the reader.<br><br>EMVCo, A Guide to EMV Chip Technology v 3.0 (Nov. 2017) at 17. |

Preliminary Infringement Chart for U.S. Patent No. 9,684,893 - Poynt

| Claim | Limitation | Poynt Products |
|---|---|---|
| 1d | d. the merchant POS transaction terminal then wirelessly receives from the remote payment system a payment approval record for the sales transaction. | Poynt devices then wirelessly receive from the remote payment system a payment approval record for the sales transaction. For example, the Poynt system provides a notification that the payment was successful when it receives from the remote payment system a payment approval record for the sales transaction.<br><br>**Payment Processing: Apple Pay and Android Pay**<br><br>Alexis Burbul<br>4 days ago · Updated    Follow<br><br>Apple Pay and Android Pay utilize NFC, or Near Field Communication. Merchants may accept NFC transactions from their merchants as Credit or Debit (if applicable) payments.<br><br>**Step 1:** Cue up a transaction (or order) in the Terminal or Register app and then select Charge.<br><br>**Step 2:** The customer will hover their NFC card or phone just above the customer-screen. A beeping sound will indicate a successful payment.<br><br>**Step 3:** Your customer will be prompted to complete the transaction, adding a tip (if applicable), signing, and selecting their receipt. |

**Preliminary Infringement Chart for U.S. Patent No. 9,684,893 - Poynt**

| Claim | Limitation | Poynt Products |
|---|---|---|
|  |  | *[Image: Poynt terminal on wooden surface displaying "$6.50 Approved" with caption "And an NFC reader for all that – future stuff."]* |

Exhibit B - 14

**Preliminary Infringement Chart for U.S. Patent No. 9,684,893 - Poynt**

| Claim | Limitation | Poynt Products |
|---|---|---|
| | |  Figure 3: Processing Steps for an EMV Contact Chip Transaction<br><br>**5.1.2 Steps for an EMV Contactless Chip Transaction**<br><br>The major difference between an EMV contactless chip transaction and an EMV contact chip transaction is that the exchange of information between the chip and the terminal is optimised for contactless and some of the transaction steps will be performed after the payment card or device has left the proximity of the reader (e.g., online authorisation).<br><br>While the individual payment systems each have their own specification that detail exactly how Contactless transactions are optimised, they share a common goal to minimise the amount of time that the payment device must be held within proximity of the reader.<br><br>EMVCo, A Guide to EMV Chip Technology v 3.0 (Nov. 2017) at 17. |