# EXHIBIT I



Resellers

# Sell a terminal that merchants will love

Built for business, ideal for resellers

Resellers Home    Sales Hub



design is unparalleled, apps give merchants superpowers, and our support capabilities make for a seamless merchant experience.

# Mission Control: your personal command center.

Manage any number of merchants with ease

Real-time diagnostics to let you view, troubleshoot, and analyze merchant activity.

Automated onboarding capabilities that allow you to onboard one or a hundred merchants efficiently.

Quickly modify hundreds of merchant settings as part of our comprehensive reseller setting options.

...



# Poynt apps create value for merchants and resellers

Curated apps coupled with a slick terminal create differentiation

## Poynt reseller support ensures your success

You're not in this alone



## Dedicated account manager

We provide a dedicated account manager for you, ready to answer any questions.

## Marketing support

Marketing collateral and materials ensure that you have the right tools you need to market Poynt.

Download Reseller Kit

PDF (1.3 MB)

## Ready to get started?





HOME

SIGN IN

POYNT SMART TERMINAL

POYNT 5

MERCHANTS

DEVELOPERS

SALES HUB

BLOG

CAREERS

PRESS

PRIVACY

TERMS

LEGAL

  

Copyright © 2014-2019 Poynt Co. All rights reserved.