MARK B. CHASSMAN (SBN 119619)
mchassman@chassmanseelig.com
**CHASSMAN & SEELIG LLP**
11766 Wilshire Boulevard, Suite 270
Los Angeles, CA 90025
Telephone:     +1 310 929 7192
Facsimile:     +1 310 929 7627

Attorneys for Plaintiff Sales Transaction Systems, LLC

CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA  94105
Telephone:     +1-415-773-5700
Facsimile:     +1-415-773-5759

Attorneys for Defendant Poynt Co.

*Additional counsel listed on signature page*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALES TRANSACTION SYSTEMS, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>POYNT CO.,<br><br>             Defendant. | Case No. 4:18-cv-6862-YGR<br><br>**STIPULATION TO EXTEND TIME FOR POYNT CORPORATION TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br><br>Date Action Filed: Nov. 13, 2018 |

1    Plaintiff Sales Transaction Systems, LLC ("STS") and Defendant Poynt Corporation ("Poynt") hereby submit this stipulation seeking to extend the time for Poynt to respond to STS's First Amended Complaint for Patent Infringement ("Amended Complaint") (ECF No. 24). Poynt's answer to the Amended Complaint is due Friday, April 26, 2019.  The Parties have agreed to extend the date for Poynt to respond to the Amended Complaint for one week, to Friday, May 3, 2019.

Good cause exists to grant this extension because counsel for Poynt has commitments in other cases that have prevented it from meeting the current deadline and a one week extension will not prejudice STS or delay any of the deadlines set by the Court.

Accordingly, both STS and Poynt stipulate, should the Court permit, that Poynt's response to STS's Amended Complaint is due on Friday, May 3, 2019.

A proposed order is submitted separately.

Dated:  April 25, 2019       By: */s/ Jacob M. Heath*
                                 JACOB M. HEATH

CLEMENT SETH ROBERTS (CA Bar No. 209203)
croberts@orrick.com
WILL MELEHANI (CA Bar No. 285916)
wmelehani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Tel: +1-415-773-5700
Fax: +1-415-773-5759

JACOB M. HEATH (CA Bar No. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Tel: +1 650 614 7400
Fax: +1 650 614 7401

*Attorneys for Defendant Poynt Corporation*

Dated: April 25, 2019

By: */s/ Sarah A. Pfeiffer (with permission)*
    MARK B. CHASSMAN

Mark B. Chassman (CA Bar No. 119619)
Email: mchassman@chassmanseelig.com
CHASSMAN & SEELIG LLP
11766 Wilshire Boulevard, Suite 270
Los Angeles, CA  90025
Tel: (310) 929-7192
Fax: (310) 929-7627

Sarah A. Pfeiffer (CA Bar No. 278205)
Email: sap@msf-law.com
Seth H. Ostrow
Email: sho@msf-law.com
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY  10017
Tel: (212) 655-3500
Fax: (646) 539-3649

*Attorneys for Plaintiff Sales Transaction Systems, LLC*

### Filers Attestation Pursuant to L.R. 5-1(i)(3)

I hereby attest that all signatories for parties on this document concurred in the filing of this document.

Dated: April 25, 2019

By: */s/ Jacob M. Heath*
    Jacob M. Heath

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4138-4556-6236.2

- 2 -

STIPULATION TO EXTEND TIME FOR POYNT CO.
TO RESPOND TO FIRST AMENDED COMPLAINT
4:18-CV-6862-YGR