MARK B. CHASSMAN (CA Bar No. 119619)
mchassman@chassmanseelig.com
CHASSMAN & SEELIG LLP
11766 Wilshire Boulevard, Suite 270
Los Angeles, CA 90025
Telephone: (310) 929-7192
Fax: (310) 929-7627

SARAH A. PFEIFFER (CA Bar No. 278205)
sap@msf-law.com
SETH H. OSTROW (*pro hac vice*)
sho@msf-law.com
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

*Attorneys for Plaintiff Sales Transaction Systems, LLC.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALES TRANSACTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> POYNT CO., <br><br> Defendant. | Case No. 4:18-cv-6862-YGR <br><br> **DECLARATION OF SARAH A. PFEIFFER IN SUPPORT OF PLAINTIFF SALES TRANSACTION SYSTEMS, LLC'S OPPOSITION TO DEFENDANT'S SECOND MOTION TO DISMISS (D.I. 31)** <br><br> Noticed Hearing Date: June 11, 2019 <br> Time:                    2:00 pm <br> Courtroom:          1, 4th Floor <br><br> Date Complaint Filed: Nov. 13, 2018 <br> Trial Date: Not Set |

## <u>DECLARATION OF SARAH A. PFEIFFER</u>

I, Sarah A. Pfeiffer, declare and state as follows:

1.   I am an attorney with Meister Seelig and Fein LLP, and represent Plaintiff Sales Transaction Systems, LLC ("STS") in this case.

2.   I submit this declaration in support of Plaintiff's Opposition to Defendant's Second Rule 12(b)(6) Motion to Dismiss (D.I. 31).

3.   Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the file history of Patent Application No. 13/117,211, assigned to Poynt Co.

4.   Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the file history of Patent Application No. 12/849,078, assigned to Poynt Co.

5.   Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the file history of the Patent Application No. 13/851,909, which resulted in U.S. Patent No. 9,684,893 (the "'893 Patent").


I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information, and belief.


Dated: New York, New York          */s/  Sarah A. Pfeiffer*

          May 17, 2019