United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALES TRANSACTION SYSTEMS, LLC., <br> Plaintiff, <br> v. <br> POYNT, CO., <br> Defendant. | Case No. 18-cv-06862-YGR   (TSH) <br><br> **ORDER SCHEDULING SETTLEMENT CONFERENCE** |

This case has been referred for a Settlement Conference before Magistrate Judge Thomas S. Hixson.  If this case settles prior to the date of the Settlement Conference, the parties shall immediately notify the Courtroom Deputy, Rose Maher, at (415) 522-4708.  Counsel shall provide a copy of this Order to each party who will participate in the conference.

The Settlement Conference shall take place on **10/29/2019, at 10:00 am** in Courtroom A, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

It is not unusual for the conference to last three or more hours.  All parties are encouraged to participate and frankly discuss their case.  The parties should be prepared to discuss such issues as: (1) their settlement objectives; (2) any impediments to settlement they perceive; (3) whether they have enough information to discuss settlement and, if not, what additional information is needed; and (4) the possibility of a creative resolution of the dispute.  Statements made during the conference are confidential and will not be admissible at trial if the case does not settle.  The parties shall familiarize themselves with the requirements of ADR Local Rule 7-4, which governs the confidentiality of settyent conferences.

In anticipation of the settlement conference, the parties shall comply with Magistrate Judge

Hixson's Settlement Conference Standing Order, which can be found at https://cand.uscourts.gov/tsh/standing-orders.  In addition, the following requirements apply:

A)   <u>Minors</u>: No child under the age of 18 may attend the settlement conference without obtaining an order from this Court allowing the child to attend.  Any request for relief from this Court's policy must be made at least 14 days before the conference and must state good cause for the Court to make an exception in the case.

C)   <u>Rescheduling</u>: To reschedule a settlement conference, counsel shall contact the Courtroom Deputy, Rose Maher, at (415) 522-4708, preferably at least seven days before the conference but as far in advance as possible to obtain a new date.  Counsel shall confirm the new date and time with opposing counsel and thereafter **file** a stipulation and proposed order that sets forth the new date and time of the settlement conference.  The parties are advised that the original settlement conference date will remain on calendar unless they receive an order from the Court

**IT IS SO ORDERED.**

Dated:  July 17, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge