| | |
|---|---|
| MARK B. CHASSMAN (CA Bar No. 119619)<br>mchassman@chassmanseelig.com<br>CHASSMAN & SEELIG LLP<br>11766 Wilshire Boulevard, Suite 270<br>Los Angeles, CA 90025<br>Telephone: (310) 929-7192<br>Fax: (310) 929-7627<br><br>SARAH A. PFEIFFER (CA Bar No. 278205)<br>sap@msf-law.com<br>SETH H. OSTROW (*pro hac vice*)<br>sho@msf-law.com<br>MEISTER SEELIG & FEIN LLP<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>Telephone: (212) 655-3500<br>Fax: (646) 539-3649<br><br>*Attorneys for Plaintiff Sales Transaction Systems, LLC.* | CLEMENT SETH ROBERTS (SBN 209203)<br>croberts@orrick.com<br>WILL MELEHANI (SBN 285916)<br>wmelehani@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:     +1 415 773 5700<br>Facsimile:      +1 415 773 5759<br><br>JACOB M. HEATH (SBN 238959)<br>jheath@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:     +1 650 614 7400<br>Facsimile:      +1 650 614 7401<br><br>*Attorneys for Defendant Poynt Co.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALES TRANSACTION SYSTEMS, LLC,<br><br>               Plaintiff,<br><br>      vs.<br><br>POYNT CO.,<br><br>               Defendant. | Case No. 4:18-cv-6862-YGR<br><br>**JOINT CLAIM CONSTRUCTION STATEMENT**<br><br>Date Complaint Filed: Nov. 13, 2018<br>Trial Date: Not Set |

Pursuant to Local Patent Rule 4-3 and this Court's Standing Order Regarding Patent Cases, Plaintiff Sales Transaction Systems, LLC ("STS" or "Plaintiff") and Poynt Co. ("Poynt" or "Defendant") submit this Joint Claim Construction Statement in preparation for the December 11, 2019, Claim Construction Hearing regarding the construction of disputed terms in U.S. Patent No. 9,684,893 (the "'893 Patent", attached hereto as Exhibit B).

**(a)    Agreed Constructions**

The parties do not agree regarding the construction of any terms proposed for construction.

**(b)    Party Constructions**

Please see attached Exhibit A.

**(c)    Identification of Significant Terms**

Exhibit A includes each party's "Impact Statement" regarding the proposed terms. The following terms are significant, for the reasons set forth in Exhibit A:

- "input of bankcard data from a customer with a customer identifier"
- "customer bankcard data"
- "customer identifier"

**(d)    Time for Hearing**

Plaintiff and Defendant both anticipate that the claim construction hearing will take approximately three (3) hours.

**(e)    Witnesses**

Neither Plaintiff nor Defendant anticipate calling any witnesses at the claim construction hearing.

**(f)    Identification of Requested Factual Findings**

Plaintiff requests factual findings regarding the plain and ordinary meaning of the proposed terms, based on the extrinsic evidence submitted in support of its proposed constructions.

Defendant requests factual findings in support of its constructions based on extrinsic evidence, including the factual findings necessary to determine that the term "remote payment system" is governed by 35 U.S.C. § 112(6) (*i.e.* that the term is a functional term with no structural meaning to one of ordinary skill in the art).

| | | |
|---|---|---|
| DATED: | August 23, 2019 | ___/s/ Sarah A. Pfeiffer_____ |

Attorneys for Plaintiff

Sarah A. Pfeiffer
Mark B. Chassman (CA Bar No. 119619)
Email: mchassman@chassmanseelig.com
**CHASSMAN & SEELIG LLP**
11766 Wilshire Boulevard, Suite 270
Los Angeles, CA 90025
Telephone: (310) 929-7192
Fax: (310) 929-7627

Sarah A. Pfeiffer (CA Bar No. 278205)
Email: sap@msf-law.com
Seth H. Ostrow (*pro hac vice*)
Email: sho@msf-law.com
**MEISTER SEELIG & FEIN LLP**
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

| | | |
|---|---|---|
| DATED: | August 23, 2019 | ___/s/ Jacob M. Heath_____ |

Attorneys for Defendant

CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

JACOB M. HEATH (SBN 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     +1 650 614 7400
Facsimile:     +1 650 614 7401

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

I, Sarah A. Pfeiffer, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 23, 2019, at New York, New York.

*/s/ Sarah A. Pfeiffer*
Sarah A. Pfeiffer