MARK B. CHASSMAN (SBN 119619)
mchassman@chassmanseelig.com
CHASSMAN & SEELIG LLP
11766 Wilshire Boulevard, Suite 270
Los Angeles, CA  90025
Telephone: +1 310 929 7192
Facsimile: +1 310 929 7627

Attorneys for Plaintiff Sales Transaction Systems, LLC

CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

Attorneys for Defendant Poynt Corporation

*Additional counsel listed in signature block*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALES TRANSACTION SYSTEMS, LLC, | Case No. 4:18-CV-6862-YGR |
| Plaintiff, | **STIPULATION RE AMENDED LOCAL RULE CONTENTIONS** |
| v. | |
| POYNT CO., | Judge:  Hon. Yvonne Gonzalez Rogers |
| Defendant. | Trial Date:  TBD<br>Date Action Filed:  Nov. 13, 2018 |

1    Plaintiff Sales Transaction Systems, LLC ("STS") and Defendant Poynt Corporation

2  ("Poynt") hereby submit this stipulation to formally amend and serve their respective

3  supplemental infringement and invalidity contentions pursuant to Patent Local Rule 3-6.

4    On April 17, 2019, STS served its initial infringement contentions pursuant to Patent

5  Local Rule 3-1.  On May 24, 2019, STS served its supplemental infringement contentions to

6  address concerns Poynt identified in a letter dated May 7 and pursuant to a telephonic conference

7  on May 14, 2019.  Although STS contends that the original contentions were sufficient for the

8  stage of the case (*see, e.g., DCG Sys. v. Checkpoint Techs.*, LLC, No. C 11-03792 PSG, 2012 WL

9  1309161, at *2 (N.D. Cal. Apr. 16, 2012) (denying motion to strike because "the disputed

10  contentions disclose information sufficient for Checkpoint to determine DCG's theories of

11  infringement"), STS agreed to supplement to provide further detail regarding the theories

12  contained in the contentions, without identifying any new infringement theories or accusing new

13  products.

14    On June 24, 2019, Poynt served its initial invalidity contentions pursuant to Patent Local

15  Rule 3-3. Prior to that date, counsel for Poynt contacted EMVCo in an effect to gain access to

16  credit card payment processing standards that pre-date the year 2000.  EMVCo makes some of its

17  standard documentation available on its website, but materials from prior to the year 2000 require

18  a special request to be submitted through the website, which counsel did so submit.  Counsel for

19  EMVCo contacted counsel for Poynt about the inquiry on July 8, 2019, but could not commit to

20  providing any materials due to a need to first confer with his client.  Counsel for EMVCo again

21  contacted Poynt on July 23, 2019 to state that EMVCo. would provide the requested materials.

22  Counsel for Poynt inquired about the status of these materials on August 7, 2019, and the

23  materials were not ultimately provided until August 27, 2019.  Fifteen days later, once Poynt had

24  completed reviewing and analyzing the new materials, Poynt served proposed supplemental

25  invalidity contentions on STS on September 11, 2019, thereby beginning the discussion that

26  resulted in this stipulation.

27    The Parties therefore each wish to supplement Patent Local Rule Contentions their

28  contention and do not oppose the other Party supplementing their own Patent Local Rule

STIPULATION RE AMENDED CONTENTIONS
CASE NO. 4:18-CV-6862-YGR

1   Contentions.  This agreement, however, shall not be deemed an admission that either Parties'

2   contentions are sufficient or adequate under the Local Rules, nor is it an agreement to any future

3   attempts to supplement contentions.

4        To evaluate whether good cause exists to grant leave to amend contentions, courts

5   consider (1) the diligence of the moving party in amending its contentions and (2) whether the

6   opposing party will suffer prejudice.  *CBS Interactive, Inc. v Etilize, Inc.*, 257 F.R.D. 195, 201

7   (N.D. Cal. 2009).  Good cause exists to grant this request because STS and Poynt each

8   supplemented their contentions promptly when the need arose, and neither party opposes the

9   others' supplementation.  This request results from the fact that the parties have cooperated to

10  avoid a dispute.  In doing so, the parties have preserved judicial resources.  Additionally, this

11  request will not interfere with or delay any other deadlines set by the Court.  Further, this District

12  has previously confirmed that amendment is proper, even where opposed, where the other party

13  will not suffer prejudice and there is sufficient time remaining in discovery.  *See, e.g., Apple Inc.*

14  *v. Samsung Elecs., Co.,* No. 12-cv-0630, 2012 WL 5632618, at *5 (N.D. Cal. Nov. 15, 2012).

15       Accordingly, STS and Poynt request that the Court will allow the parties to formally serve

16  STS's supplemental infringement contentions dated May 24, 2019 and Poynt's supplemental

17  invalidity contentions dated September 11, 2019.  A proposed order is submitted separately.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION RE AMENDED CONTENTIONS
CASE NO. 4:18-CV-6862-YGR

| | |
|---|---|
| 1 | Dated:  September 25, 2019 |
| 2 | |

Dated:  September 25, 2019          ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Jacob M. Heath*
    CLEMENT SETH ROBERTS
    croberts@orrick.com
    WILL MELEHANI (SBN 285916)
    wmelehani@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
    405 Howard Street
    San Francisco, CA  94105-2669
    Tel:  +1 415 773 5700; Fax:  +1 415 773 5759

    JACOB M. HEATH (SBN 238959)
    jheath@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
    Menlo Park, CA  94025
    Tel:  +1 650 614 7400; Fax:  +1 650 614 7401

    *Attorneys for Defendant Poynt Corporation*

Dated:  September 25, 2019          CHASSMAN & SEELIG LLP

By: */s/ Sarah A. Pfeiffer* (with permission)
    MARK B. CHASSMAN (SBN 119619)
    mchassman@chassmanseelig.com
    CHASSMAN & SEELIG LLP
    11766 Wilshire Boulevard, Suite 270
    Los Angeles, CA  90025
    Tel:  +1 310 929 7192; Fax:  +1 310 929 7627

    SARAH A. PFEIFFER (CA BAR NO. 278205)
    sap@msf-law.com
    SETH H. OSTROW
    sho@msf-law.com
    MEISTER SEELIG & FEIN LLP
    125 Park Avenue, 7th Floor
    New York, NY  10017
    Tel:  +1 212 655 3500; Fax:  +1 646 538 3649

    *Attorneys for Plaintiff Sales Transaction Systems, LLC*

## **Filers Attestation Pursuant to L.R. 5-1(i)(3)**

I hereby attest that all signatories for parties on this document concurred in the filing of this document.

Dated:  September 25, 2019          By: */s/ Jacob M. Heath*
                                 Jacob M. Heath

STIPULATION RE AMENDED CONTENTIONS
CASE NO. 4:18-CV-6862-YGR