IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALES TRANSACTION SYSTEMS, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>POYNT CO.,<br><br>         Defendant. | Case No. 4:18-cv-6862-YGR<br><br>[PROPOSED] ORDER GRANTING STIPULATION RE AMENDED LOCAL RULE CONTENTIONS<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Having considered Plaintiff Sales Transaction Systems, LLC's ("STS") and Defendant Poynt Corporation's ("Poynt") stipulation to formally amend and serve their respective supplemental infringement and invalidity contentions pursuant to Patent Local Rule 3-6, and good cause appearing in support thereof,

**IT IS HEREBY ORDERED** that the Court will allow the parties to formally amend and serve STS's supplemental infringement contentions dated May 24, 2019 and Poynt's supplemental invalidity contentions dated September 11, 2019.

**IT IS SO ORDERED** on this  27th day of   September    2019.

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge