1  MARK B. CHASSMAN (CA Bar No. 119619)
2  mchassman@chassmanseelig.com
   CHASSMAN & SEELIG LLP
3  11766 Wilshire Boulevard, Suite 270
   Los Angeles, CA 90025
4  Telephone: (310) 929-7192
   Fax: (310) 929-7627
5

6  SARAH A. PFEIFFER (CA Bar No. 278205)
   sap@msf-law.com
7  SETH H. OSTROW (*pro hac vice*)
   sho@msf-law.com
8  MEISTER SEELIG & FEIN LLP
   125 Park Avenue, 7th Floor
9  New York, NY 10017
   Telephone: (212) 655-3500
10 Fax: (646) 539-3649

11
   *Attorneys for Plaintiff Sales Transaction*
12 *Systems, LLC.*

13
                    **UNITED STATES DISTRICT COURT**
14                  **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | SALES TRANSACTION SYSTEMS, LLC, | Case No. 4:18-cv-6862-YGR |
|---|---|
17 | Plaintiff, | **DECLARATION OF SARAH A. PFEIFFER IN SUPPORT OF PLAINTIFF SALES TRANSACTION SYSTEMS, LLC'S OPENING CLAIM CONSTRUCTION BRIEF** |
18 | vs. | |
19 | POYNT CO., | |
20 | Defendant. | |
21 | | Hearing Date:  December 11, 2019<br>Time:          2:00 pm<br>Courtroom:     1, 4th Floor |
22 | | |
23 | | Date Complaint Filed: Nov. 13, 2018<br>Trial Date: Not Set |

24

25

26

27

28

**DECLARATION OF SARAH A. PFEIFFER**

I, Sarah A. Pfeiffer, declare and state as follows:

1. I am an attorney with Meister Seelig and Fein LLP, and represent Plaintiff Sales Transaction Systems, LLC ("STS") in this case.
2. I submit this declaration in support of Plaintiff's Sales Transaction Systems, LLC's Opening Claim Construction Brief.
3. Attached hereto as **Exhibit A** is a true and correct copy of United States Patent No. 9,684,893, assigned to Poynt Co.
4. Attached hereto as **Exhibit B** is a true and correct copy of the file history of the application that resulted in United States Patent No. 9,684,893.
5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the Encyclopedia of Networking and Telecommunications.
6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the Merriam-Webster's Collegiate Dictionary.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information, and belief.

Dated: New York, New York          /s/  Sarah A. Pfeiffer
       October 9, 2019