# EXHIBIT

# D

# Merriam-Webster's Collegiate® Dictionary

Eleventh Edition

®

STS0002316

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2011 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
p. cm.
Includes index.
ISBN 978-0-87779-807-1 (Laminated unindexed : alk. paper)
ISBN 978-0-87779-808-8 (Jacketed hardcover unindexed : alk. paper)
ISBN 978-0-87779-809-5 (Jacketed hardcover with digital download : alk. paper)
ISBN 978-0-87779-810-1 (Leatherlook with digital download : alk. paper)
ISBN 978-0-87779-813-2 (Canadian)
ISBN 978-0-87779-814-9 (International)
1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36 2003
423—dc21 2003003674
CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

15th Printing Worldcolor Versailles KY September 2010

a shield **2 :** a protective or ornamental plate
s around a keyhole) **3 :** the part of a ship's
ich the name is displayed
dras
-drəs\ *n* [LL, fr. Gk, fr. Heb *ʽEzrā*] (14c) **1**
vo books of the Roman Catholic canon of the
nt: **a :** EZRA 2 **b :** NEHEMIAH 2 **2 :** either
anonical books of Scripture included in the
Apocrypha — see BIBLE table
st-southeast
*ix* [Pg *-ês* & It *-ese,* fr. L *-ensis*] **:** of, relating
nating in (a certain place or country) ⟨Japa-

, *pl* **-ese** **1 :** native or resident of (a specified
intry) ⟨Chin*ese*⟩ **2 a :** language of (a particu-
ountry, or nationality) ⟨Canton*ese*⟩ **b :** speech,
tion peculiar to (a specified place, person, group,
activity) — usu. in words applied in depreciation
allese⟩
**-tic** \ˌe-ˌsem-ˈplas-tik, -səm-\ *adj* [Gk *es hen* into
7) **:** shaping or having the power to shape dispara
ed whole ⟨the ∼ power of the poetic imagination

-sə-ˌrēn\ *n* [F *ésérine*] (1879) **:** PHYSOSTIGMINE
kimo
ər\ *n* [Ir *eiscir* ridge] (1848) **:** a long narrow ridge or
vel, and boulders deposited by a stream flowing on,
a stagnant glacier
es-kə-ˌmō\ *n* [obs. *Esquimawe,* prob. fr. Sp *esquima*
(Algonquian language of eastern Canada) *aiachkime*
io; prob. akin to modern Montagnais *assimew* she
Ojibwa *aškime·*] (1584) **1** *pl* **Eskimo** *or* **Eskimos**
oup of peoples of northern Canada, Greenland, Alaska
eria **2 :** any of the languages of the Eskimo peoples
ˌes-kə-ˈmō-ən\ *adj*
**Aleut** \-ˈa-lē-ˌüt\ *n* (1921) **:** a language family including
ut languages
**rlew** *n* (1813) **:** an extremely rare New World curlew
*ealis*) that breeds in northern No. America and winters
a
**g** *n* (1774) **:** any of an American breed of spitz dogs
coat; *also* **:** any of a breed of Canadian sled dogs
nglish as a second language
s-(ˌ)ō-ˈpē, ˈē-ˌsäp\ *n* [employee stock ownership plan]
l by which a corporation's employees acquire its stock
**-tis** \i-ˌsä-fə-ˈjī-təs, -ˈgī-\ *n, pl* **-git·i·des** \-ˈji-tə-ˌdēz
900) **:** inflammation of the esophagus
**us** \i-ˈsä-fə-gəs\ *n, pl* **-gi** \-ˌgī, -ˌjī\ [ME *ysophagus*
. Gk *oisophagos,* fr. *oisein* to be going to carry + *phage*
e at BAKSHEESH] (14c) **:** a muscular tube that in human
inches (23 centimeters) long and passes from the pharynx
eck between the trachea and the spinal column and
nchus where it pierces the diaphragm slightly to the left
line and joins the cardiac end of the stomach — **esoph**
-fə-ˈjē-əl\ *adj*
\ˌe-sə-ˈter-ik, -ˈte-rik\ *adj* [LL *esotericus,* fr. Gk *esōterikos*
mpar. of *eisō, esō* within, fr. *eis* into; akin to Gk *en* in
(ca. 1660) **1 a :** designed for or understood by the specially
alone ⟨a body of ∼ legal doctrine —B. N. Cardozo⟩
or exhibiting knowledge that is restricted to a small group
ology⟩; *broadly* **:** difficult to understand ⟨∼ subjects⟩
a small circle ⟨engaging in ∼ pursuits⟩ **b :** PRIVATE
⟨an ∼ purpose⟩ **3 :** of special, rare, or unusual
ng materials⟩ — **es·o·ter·i·cal·ly** \-i-k(ə-)lē\ *adv*
**a** \-i-kə\ *n pl* [NL, fr. Gk *esōterika,* neut. pl. of *esōterikos*
esoteric items
**ism** \-ˈter-ə-ˌsi-zəm, -ˈte-rə-\ *n* (1846) **1 :** esoteric doctrine
s **2 :** the quality or state of being esoteric
pecially
-ˈpē\ *n* [extrasensory perception] (1934) **:** EXTRASENSORY
N
e \ˈes-pə-ˌdril\ *n* [F, alter. of *espardille,* ultim. fr. L *spartum*
andal usu. having a fabric upper and a flexible sole
\is-ˈpal-yər, -ˌyā\ *n* [F, ultim. fr. It *spalla* shoulder
oulder blade — more at EPAULET] (1662) **1 :** a plant
rained to grow flat against a support (as a wall) **2 :**
n which fruit trees or shrubs are trained to grow flat
(1810) **1 :** to train as an espalier **2 :** to furnish with an

is-ˈpär-(ˌ)tō\ *n, pl* **-tos** [Sp, fr. L *spartum,* fr. Gk *sparton*
IRE] (1845) **1 :** either of two Spanish and Algerian grasses
*icissima* and *Lygeum spartum*) used esp. to make cordage
paper — called also *esparto grass* **2 :** the fiber of esparto
\is-ˈpe-shəl\ *adj* [ME, fr. AF — more at SPECIAL] (14c)
tive: as **a :** directed toward a particular individual
nt ∼ greetings to his son⟩ ⟨took ∼ care to speak clearly⟩
l note or importance **:** unusually great or significant
relevance⟩ **c :** highly distinctive or personal **:** PECULIAR
dislike for music⟩ **d :** CLOSE, INTIMATE ⟨his ∼ crony⟩
PARTICULAR ⟨had no ∼ destination in mind⟩ *syn* see
**especial :** in particular
**·ly** \is-ˈpesh-lē, -ˈpe-shə-\ *adv* (15c) **1 :** SPECIALLY **1**
**:** PARTICULARLY ⟨food seems cheaper, ∼ meats⟩
purpose ⟨built ∼ for research⟩ **3 —** used as an
od essay⟩ ⟨nothing ∼ radical in the remarks⟩
**ce** \ˈes-p(ə-)rən(t)s\ *n* [ME *esperaunce,* fr. MF *esperance*
**:** HOPE, EXPECTATION
**n·to** \ˌes-pə-ˈrän-(ˌ)tō, -ˈran-(ˌ)tō\ *n* [Dr. *Esperanto,* pseudonym of L. L.
Zamenhof †1917 Pol. oculist, its inventor] (1892) **:** an
tional language based as far as possible on words common
European languages — **Es·pe·ran·tist** \-ˈrän-tist, -ˈran-\
*n* (14c) **1 :** OBSERVATION **2 :** an act of

**es·piè·gle** \es-ˈpyegᵊl\ *adj* [F, after *Ulespiegle* (Till Eulenspiegel), peasant prankster] (1816) **:** FROLICSOME, ROGUISH
**es·piè·gle·rie** \es-pyeg-lə-ˈrē\ *n* [F, fr. *espiègle*] (1815) **:** the quality or state of being roguish or frolicsome
**es·pi·o·nage** \ˈes-pē-ə-ˌnäzh, -ˌnäj, -nij, *Canad also* -ˌnazh; ˌes-pē-ə-ˈnäzh; is-ˈpē-ə-nij\ *n* [F *espionnage,* fr. MF, fr. *espionner* to spy, fr. *espion* spy, fr. OIt *spione,* fr. *spia,* of Gmc origin; akin to OHG *spehōn* to spy — more at SPY] (1793) **:** the practice of spying or using spies to obtain information about the plans and activities esp. of a foreign government or a competing company ⟨industrial ∼⟩
**es·pla·nade** \ˈes-plə-ˌnäd, ˌes-plə-ˈ *also* -ˈnād *or* -ˌnād\ *n* [MF, fr. It *spianata,* fr. *spianare* to level, fr. L *explanare* — more at EXPLAIN] (1591) **:** a level open stretch of paved or grassy ground; *esp* **:** one designed for walking or driving along a shore
**ESPN** *abbr* Entertainment and Sports Programming Network
**es·pous·al** \is-ˈpau̇-zəl *also* -səl\ *n* (14c) **1 a :** BETROTHAL **b :** WEDDING **c :** MARRIAGE **2 :** a taking up or adopting of a cause or belief
**es·pouse** \is-ˈpau̇z *also* -ˈpau̇s\ *vt* **es·poused; es·pous·ing** [ME, fr. AF *espuser,* fr. LL *sponsare* to betroth, fr. L *sponsus* betrothed — more at SPOUSE] (15c) **1 :** MARRY **2 :** to take up and support as a cause **:** become attached to *syn* see ADOPT — **es·pous·er** *n*
**es·pres·so** \e-ˈspre-(ˌ)sō\ *also* **ex·pres·so** \ik-ˈspre-(ˌ)sō\ *n, pl* **-sos** [It *(caffè) espresso,* prob. lit., coffee made on the spot at the customer's request] (1945) **1 :** coffee brewed by forcing steam or hot water through finely ground darkly roasted coffee beans **2 :** a cup of espresso
**es·prit** \is-ˈprē\ *n* [F, fr. OF *espirit,* L *spiritus* spirit] (1573) **1 :** vivacious cleverness or wit **2 :** ESPRIT DE CORPS
**esprit de corps** \is-ˌprē-də-ˈkȯr\ *n* [F] (1780) **:** the common spirit existing in the members of a group and inspiring enthusiasm, devotion, and strong regard for the honor of the group
**es·py** \is-ˈpī\ *vt* **es·pied; es·py·ing** [ME *espien,* fr. AF *espier* — more at SPY] (14c) **:** to catch sight of ⟨among the several horses . . . she *espied* the white mustang —Zane Grey⟩
**Esq** *also* **Esqr** *abbr* esquire
**-esque** *adj suffix* [F, fr. It *-esco,* of Gmc origin; akin to OHG *-isc* -ish — more at -ISH] **:** in the manner or style of **:** like ⟨statu*esque*⟩
**Es·qui·mau** \ˈes-kə-ˌmō\ *n, pl* **Esquimau** *or* **Es·qui·maux** \-ˌmō(z)\ [F, fr. Montagnais (Algonquian language)] (1744) **:** ESKIMO
**es·quire** \ˈes-ˌkwī(-ə)r, is-ˈ\ *n* [ME, fr. AF *esquier* squire, fr. LL *scutarius,* fr. L *scutum* shield; akin to OIr *sciath* shield] (15c) **1 :** a member of the English gentry ranking below a knight **2 :** a candidate for knighthood serving as shield bearer and attendant to a knight **3 —** used as a title of courtesy usu. placed in its abbreviated form after the surname ⟨John R. Smith, *Esq.*⟩ **4** *archaic* **:** a landed proprietor
**ess** \ˈes\ *n* (1540) **1 :** the letter *s* **2 :** something resembling the letter *S* in shape; *esp* **:** an S-shaped curve in a road
**-ess** *n suffix* [ME *-esse,* fr. AF, fr. LL *-issa,* fr. Gk] **:** female ⟨giant*ess*⟩
**es·say** \e-ˈsā, ə-ˈsā, ˈe-ˌsā\ *vt* (14c) **1 :** to put to a test **2 :** to make an often tentative or experimental effort to perform **:** TRY *syn* see ATTEMPT — **es·say·er** *n*
**es·say** \ˈe-ˌsā; *senses 1, 2 & 4 also* e-ˈsā\ *n* [MF *essai,* ultim. fr. LL *exagium* act of weighing, fr. L *ex-* + *agere* to drive — more at AGENT] (14c) **1 :** TRIAL, TEST **2 a :** EFFORT, ATTEMPT; *esp* **:** an initial tentative effort **b :** the result or product of an attempt **3 a :** an analytic or interpretative literary composition usu. dealing with its subject from a limited or personal point of view **b :** something resembling such a composition ⟨a photographic ∼⟩ **4 :** a proof of an unaccepted design for a stamp or piece of paper money
**es·say·ist** \ˈe-ˌsā-ist\ *n* (1601) **:** a writer of essays
**es·say·is·tic** \ˌe-(ˌ)sā-ˈis-tik\ *adj* (1862) **1 :** of or relating to an essay or an essayist **2 :** resembling an essay in quality or character
**essay question** *n* (1947) **:** an examination question that requires an answer in a sentence, paragraph, or short composition
**es·sence** \ˈe-sᵊn(t)s\ *n* [ME *essencia,* fr. L *essentia,* fr. *esse* to be — more at IS] (14c) **1 a :** the permanent as contrasted with the accidental element of being **b :** the individual, real, or ultimate nature of a thing esp. as opposed to its existence ⟨a painting that captures the ∼ of the land⟩ **c :** the properties or attributes by means of which something can be placed in its proper class or identified as being what it is **2 :** something that exists **:** ENTITY **3 a (1) :** a volatile substance or constituent (as of perfume) **(2) :** a constituent or derivative possessing the special qualities (as of a plant or drug) in concentrated form; *also* **:** a preparation of such an essence or a synthetic substitute **b :** ODOR, PERFUME **4 :** one that possesses or exhibits a quality in abundance as if in concentrated form ⟨she was the ∼ of punctuality⟩ **5 :** the most significant element, quality, or aspect of a thing or person ⟨the ∼ of the issue⟩ — **in essence :** in or by its very nature **:** ESSENTIALLY, BASICALLY ⟨was *in essence* an honest person⟩ — **of the essence :** of the utmost importance ⟨time is *of the essence*⟩
**Es·sene** \i-ˈsēn, ˈe-ˌsēn\ *n* [Gk *Essēnos*] (1553) **:** a member of a monastic brotherhood of Jews in Palestine from the second century B.C. to the second century A.D. — **Es·se·ni·an** \i-ˈsē-nē-ən, e-ˈse-\ *or* **Es·se·nic** \-ˈse-nik, -ˈsē-nik\ *adj* — **Es·se·nism** \-ˈsē-ˌni-zəm\ *n*
**es·sen·tial** \i-ˈsen(t)-shəl\ *adj* (14c) **1 :** of, relating to, or constituting essence **:** INHERENT **2 a :** of the utmost importance **:** BASIC, INDISPENSABLE, NECESSARY ⟨an ∼ requirement for admission to college⟩ **b :** being a substance that is not synthesized by the body in a quantity sufficient for normal health and growth and that must be obtained from the diet ⟨dietary protein provides the body with ∼ amino acids⟩ — compare NONESSENTIAL 2 **3 :** IDIOPATHIC ⟨∼ disease⟩ ⟨∼ hypertension⟩ — **es·sen·tial·ly** \-ˈsench-lē, -ˈsen-chə-\ *adv* — **es·sen·tial·ness** \-ˈsen-chəl-nəs\ *n*
*syn* ESSENTIAL, FUNDAMENTAL, VITAL, CARDINAL mean so important as to be indispensable. ESSENTIAL implies belonging to the very nature of a thing and therefore being incapable of removal without destroying the thing itself or its character ⟨conflict is *essential* in drama⟩. FUNDAMENTAL applies to something that is a foundation without which an entire system or complex whole would collapse ⟨*fundamental* principles of algebra⟩. VITAL suggests something that is necessary to a thing's continued existence or operation ⟨cut off from *vital* supplies⟩. CARDINAL suggests something on which an outcome turns or depends ⟨a *cardinal* rule in buying a home⟩.
**essential** *n* (15c) **1 :** something basic ⟨the ∼*s* of astronomy⟩ **2 :** something necessary, indispensable, or unavoidable

**es·sen·tial·ism** \-ˌli-zəm\ *n* (1927) **1 :** an educational theory that ideas and skills basic to a culture should be taught to all alike by time-tested methods — compare PROGRESSIVISM **2 :** a philosophical theory ascribing ultimate reality to essence embodied in a thing perceptible to the senses — compare NOMINALISM **3 :** the practice of regarding something (as a presumed human trait) as having innate existence or universal validity rather than as being a social, ideological, or intellectual construct — **es·sen·tial·ist** \-list\ *adj or n*
**es·sen·ti·al·i·ty** \i-ˌsen(t)-shē-ˈa-lə-tē\ *n, pl* **-ties** (1616) **1 a :** essential nature **:** ESSENCE **b :** an essential quality, property, or aspect **2 :** the quality or state of being essential ⟨the ∼ of freedom and justice —P. G. Hoffman⟩
**es·sen·tial·ize** \i-ˈsen(t)-shə-ˌlīz\ *vt* **-ized; -iz·ing** (1893) **:** to express or formulate in essential form **:** reduce to essentials
**essential oil** *n* (1674) **:** any of a class of volatile oils that give plants their characteristic odors and are used esp. in perfumes and flavorings, and for aromatherapy — compare FIXED OIL
**es·soin** \i-ˈsȯin\ *n* [ME *essoine,* fr. AF, fr. *essonier* to offer an essoin, fr. *es-* ex- + **soigne* legal excuse, of Gmc origin; akin to OS *sunnea* denial, OE *sōth* truth — more at SOOTH] (14c) **1 :** an excuse for not appearing in an English law court at the appointed time **2** *obs* **:** EXCUSE, DELAY
**essonite** *var of* HESSONITE
**est** *abbr* **1** established **2** estimate; estimated
**EST** *abbr* eastern standard time
**[1]-est** *adj suffix or adv suffix* [ME, fr. OE *-st, -est, -ost;* akin to OHG *-isto* (adj. superl. suffix), Gk *-istos*] — used to form the superlative degree of adjectives and adverbs of one syllable ⟨fatt*est*⟩ ⟨lat*est*⟩, of some adjectives and adverbs of two syllables ⟨lucki*est*⟩ ⟨often*est*⟩, and less often of longer ones ⟨beggarli*est*⟩
**[2]-est** *or* **-st** *vb suffix* [ME, fr. OE *-est, -ast, -st;* akin to OHG *-ist, -ōst, -ēst,* 2d sing. ending] — used to form the archaic second person singular of English verbs (with *thou*) ⟨did*st*⟩ ⟨can*st*⟩
**es·tab·lish** \i-ˈsta-blish\ *vt* [ME *establissen,* fr. AF *establiss-,* stem of *establir,* fr. L *stabilire,* fr. *stabilis* stable] (14c) **1 :** to institute (as a law) permanently by enactment or agreement **2** *obs* **:** SETTLE 7 **3 a :** to make firm or stable **b :** to introduce and cause to grow and multiply ⟨∼ grass on pasturelands⟩ **4 a :** to bring into existence **:** FOUND ⟨∼*ed* a republic⟩ **b :** BRING ABOUT, EFFECT ⟨∼*ed* friendly relations⟩ **5 a :** to put on a firm basis **:** SET UP ⟨∼ his son in business⟩ **b :** to put into a favorable position **c :** to gain full recognition or acceptance of ⟨the role ∼*ed* her as a star⟩ **6 :** to make (a church) a national or state institution **7 :** to put beyond doubt **:** PROVE ⟨∼*ed* my innocence⟩ — **es·tab·lish·able** \-shə-bəl\ *adj* — **es·tab·lish·er** \-shər\ *n*
**established church** *n* (ca. 1702) **:** a church recognized by law as the official church of a nation or state and supported by civil authority
**establishing shot** *n* (ca. 1948) **:** a usu. long shot in film or video used at the beginning of a sequence to establish an overview of the scene that follows
**es·tab·lish·ment** \i-ˈsta-blish-mənt\ *n* (15c) **1 :** something established: as **a :** a settled arrangement; *esp* **:** a code of laws **b :** ESTABLISHED CHURCH **c :** a permanent civil or military organization **d :** a place of business or residence with its furnishings and staff **e :** a public or private institution **2 :** an established order of society: as **a** *often cap* **:** a group of social, economic, and political leaders who form a ruling class (as of a nation) **b** *often cap* **:** a controlling group ⟨the literary ∼⟩ **3 a :** the act of establishing **b :** the state of being established
**es·tab·lish·men·tar·i·an** \i-ˌsta-blish-mən-ˈter-ē-ən, -ˌmen-\ *adj* (1847) **:** of, relating to, or favoring the social or political establishment — **establishmentarian** *n* — **es·tab·lish·men·tar·i·an·ism** \-ē-ə-ˌni-zəm\ *n*
**es·ta·mi·net** \e-stä-mē-ˈnā\ *n, pl* **-nets** \-nā(z)\ [F] (1814) **:** a small café
**es·tan·cia** \e-ˈstän(t)s-(ˌ)yä\ *n* [AmerSp, fr. Sp, stay, room, fr. VL **stantia* — more at STANCE] (1704) **:** a So. American cattle ranch or stock farm
**[1]es·tate** \i-ˈstāt\ *n* [ME *estat,* fr. AF — more at STATE] (13c) **1 :** STATE, CONDITION **2 :** social standing or rank esp. of a high order **3 :** a social or political class; *specif* **:** one of the great classes (as the nobility, the clergy, and the commons) formerly vested with distinct political powers **4 a :** the degree, quality, nature, and extent of one's interest in land or other property **b (1) :** POSSESSIONS, PROPERTY; *esp* **:** a person's property in land and tenements ⟨a man of small ∼⟩ **(2) :** the assets and liabilities left by a person at death **c :** a landed property usu. with a large house on it **d** *Brit* **:** PROJECT 4 **5** *Brit* **:** STATION WAGON **6 :** FARM, PLANTATION; *also* **:** VINEYARD
**[2]estate** *adj* (1978) **:** previously owned by another and usu. of high quality ⟨∼ jewelry⟩
**estate agent** *n* (1856) *Brit* **:** a real estate broker or manager
**estate–bottled** *adj* (1940) *of a wine* **:** entirely produced and bottled by a single winery
**estate car** *n* (1948) *Brit* **:** STATION WAGON
**estate tax** *n* (1928) **:** a tax in the form of a percentage of the taxable estate that is imposed on a property owner's right to transfer the property to others after his or her death — compare INHERITANCE TAX 1
**[1]es·teem** \i-ˈstēm\ *n* (14c) **1** *archaic* **:** WORTH, VALUE **2** *archaic* **:** OPINION, JUDGMENT **3 :** the regard in which one is held; *esp* **:** high regard ⟨the ∼ we all feel for her⟩
**[2]esteem** *vt* [ME *estemen* to estimate, fr. AF *estmer,* fr. L *aestimare*] (15c) **1** *archaic* **:** APPRAISE **2 a :** to view as **:** CONSIDER ⟨∼ it a privilege⟩ **b :** THINK, BELIEVE **3 :** to set a high value on **:** regard highly and prize accordingly ⟨an ∼*ed* guest⟩ *syn* see REGARD
**es·ter** \ˈes-tər\ *n* [G, fr. *Essigäther* ethyl acetate, fr. *Essig* vinegar + *Äther* ether] (ca. 1852) **:** any of a class of often fragrant organic compounds that can be represented by the formula RCOOR′ and that are usu. formed by the reaction between an acid and an alcohol with elimination of water

\ə\ **abut** \ᵊ\ **kitten, F table** \ər\ **further** \a\ **ash** \ā\ **ace** \ä\ **mop, mar**
\au̇\ **out** \ch\ **chin** \e\ **bet** \ē\ **easy** \g\ **go** \i\ **hit** \ī\ **ice** \j\ **job**
\ŋ\ **sing** \ō\ **go** \ȯ\ **law** \ȯi\ **boy** \th\ **thin** \t͟h\ **the** \ü\ **loot** \u̇\ **foot**
\y\ **yet** \zh\ **vision, beige** \k, ⁿ, œ, ue, ʸ\ *see* Guide to Pronunciation