MARK B. CHASSMAN (CA Bar No. 119619)
mchassman@chassmanseelig.com
CHASSMAN & SEELIG LLP
11766 Wilshire Boulevard, Suite 270
Los Angeles, CA 90025
Telephone: (310) 929-7192
Fax: (310) 929-7627

SARAH A. PFEIFFER (CA Bar No. 278205)
sap@msf-law.com
SETH H. OSTROW (*pro hac vice*)
sho@msf-law.com
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

*Attorneys for Plaintiff Sales Transaction Systems, LLC.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALES TRANSACTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> POYNT CO., <br><br> Defendant. | Case No. 4:18-cv-6862-YGR <br><br> **NOTICE OF ERRATA TO DECLARATION OF SARAH A. PFEIFFER IN SUPPORT OF PLAINTIFF SALES TRANSACTION SYSTEMS, LLC'S OPENING CLAIM CONSTRUCTION BRIEF** <br><br> Noticed Hearing Date: December 11, 2019 <br> Time: 2:00 pm <br> Courtroom: 1, 4th Floor <br><br> Date Complaint Filed: Nov. 13, 2018 <br> Trial Date: Not Set |

**NOTICE OF ERRATA**

Plaintiff Sales Transaction Systems, LLC ("STS") respectfully submits this erratum to the Declaration of Sarah A. Pfeiffer in Support of Plaintiff Sales Transaction Systems, LLC's Opening Claim Construction Brief [Dkt No. 53] (hereinafter the "Pfeiffer Decl.") in order to correct a filing error. At the time of filing the Pfeiffer Decl. the filer experienced technical difficulties with the electronic file and was unable to upload Exhibit B. **Exhibit B** to the Pfeiffer Decl. is annexed hereto.

Dated:  New York, New York          /s/  Sarah A. Pfeiffer
            October 11, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2019, I filed the foregoing document with the Court's ECF/CM system, causing it to be emailed to the persons listed below:

CLEMENT SETH ROBERTS
croberts@orrick.com
JACOB M. HEATH
jheath@orrick.com
WILL H. MELEHANI
wmelehani@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

*Attorneys of record for Defendant Poynt Co.*

MEISTER SEELIG & FEIN LLP

By: */s/ Sarah A. Pfeiffer*
Sarah A. Pfeiffer