MARK B. CHASSMAN (SBN 119619)
mchassman@chassmanseelig.com
CHASSMAN & SEELIG LLP
11766 Wilshire Boulevard, Suite 270
Los Angeles, CA  90025
Telephone: +1 310 929 7192
Facsimile: +1 310 929 7627

Attorneys for Plaintiff Sales Transaction Systems, LLC

CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

Attorneys for Defendant Poynt Corporation

*Additional counsel listed in signature block*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALES TRANSACTION SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>POYNT CO.,<br><br>    Defendant. | Case No. 4:18-CV-6862-YGR<br><br>**STIPULATION TO VACATE ALL DEADLINES**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Trial Date:  TBD<br>Date Action Filed:  Nov. 13, 2018 |

1    Plaintiff Sales Transaction Systems, LLC ("STS") and Defendant Poynt Corporation ("Poynt") hereby submit this stipulation to stay all case deadlines while STS investigates a potential issue of standing raised by Poynt.

On October 1, 2019, STS produced documents pertaining to patents that are related to the patent-in-suit, including assignment documents. After reviewing the produced documents, Poynt informed STS on October 8, 2019 that it believed a prior assignment from the inventor to a non-party included ownership rights in the patent-in-suit, thereby rendering void the subsequent conveyance through which STS had claimed ownership of the patent-in-suit.

On October 10, 2019, counsel for STS and Poynt conferred by telephone, and counsel for STS indicated that STS was investigating the issue. It is understood by both parties that the case will need to be dismissed if STS's investigation confirms that it did not own the asserted patent at the time this case was filed. STS filed its Opening Claim Construction brief on that day as required by the existing schedule. D.I. 38.

The following day, on October 11, 2019, Counsel for STS was still investigating the ownership issue and suggested that the parties stay all deadlines until the issue is resolved in order to avoid potential waste of the parties' and judicial resources. Poynt's responsive claim construction brief is due October 24, 2019. D.I. 38.

In light of these facts, STS and Poynt therefore stipulate, and good cause exists, to vacate the existing case deadlines while STS investigates the ownership issue discussed above. If STS confirms that it does have standing, the parties will meet and confer to stipulate to a new case schedule. If STS determines it does not have standing, STS will seek dismissal pursuant to Rule 41(a). Thus, good cause exists because of the potentially dispositive nature of the investigation and to prevent the parties and Court from using resources during the brief investigation. In particular, the parties request to vacate all claim construction deadlines, the claim construction hearing on December 11, 2019, and the mediation scheduled on October 29, 2019. The parties will file either the stipulated case schedule or the dismissal within two weeks of an order vacating the existing case deadlines.

A proposed order is submitted separately.

| | | |
|---|---|---|
| 1 | Dated:  October 15, 2019 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

By: */s/ Jacob M. Heath*
CLEMENT SETH ROBERTS
croberts@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Tel:  +1 415 773 5700; Fax:  +1 415 773 5759

JACOB M. HEATH (SBN 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Tel:  +1 650 614 7400; Fax:  +1 650 614 7401

*Attorneys for Defendant Poynt Corporation*

Dated:  October 15, 2019                    CHASSMAN & SEELIG LLP

By: */s/ Sarah A. Pfeiffer (with permission)*
MARK B. CHASSMAN (SBN 119619)
mchassman@chassmanseelig.com
CHASSMAN & SEELIG LLP
11766 Wilshire Boulevard, Suite 270
Los Angeles, CA  90025
Tel:  +1 310 929 7192; Fax:  +1 310 929 7627

SARAH A. PFEIFFER (CA BAR NO. 278205)
sap@msf-law.com
SETH H. OSTROW
sho@msf-law.com
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY  10017
Tel:  +1 212 655 3500; Fax:  +1 646 538 3649

*Attorneys for Plaintiff Sales Transaction Systems, LLC*

### Filers Attestation Pursuant to L.R. 5-1(i)(3)

I hereby attest that all signatories for parties on this document concurred in the filing of this document.

Dated:  October 15, 2019                    By: */s/ Jacob M. Heath*
                                                 Jacob M. Heath