UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALES TRANSACTION SYSTEMS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>POYNT CO.,<br><br>   Defendant. | Case No. 4:18-CV-6862-YGR<br><br>[P~~ROPOSED~~] ORDER GRANTING STIPULATION TO VACATE ALL DEADLINES<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Trial Date: TBD<br>Date Action Filed: Nov. 13, 2018 |

Having considered Plaintiff Sales Transaction Systems, LLC's ("STS") and Defendant Poynt Corporation's ("Poynt") stipulation to stay all case deadlines while STS investigates a potential issue of standing raised by Poynt, and good cause appearing in support thereof,

**It is Hereby Ordered** that the stipulation (Dkt. No. 55) is **Granted**. All existing case deadlines are **Vacated**.

**It is Further Ordered** that the parties file either a stipulated case schedule or a dismissal by **Friday, November 1, 2019**. The Court **Sets** a compliance hearing for **Friday, November 8, 2019 at 9:01 AM**.

**IT IS SO ORDERED** on this 16th day of October 2019.

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge