MARK B. CHASSMAN (CA Bar No. 119619)
mchassman@chassmanseelig.com
CHASSMAN & SEELIG LLP
11766 Wilshire Boulevard, Suite 270
Los Angeles, CA 90025
Telephone: (310) 929-7192
Fax: (310) 929-7627

SARAH A. PFEIFFER (CA Bar No. 278205)
sap@msf-law.com
SETH H. OSTROW (*pro hac vice*)
sho@msf-law.com
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

*Attorneys for Plaintiff Sales Transaction Systems, LLC.*

CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE
LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

JACOB M. HEATH (SBN 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE
LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

*Attorneys for Defendant Poynt Corporation.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SALES TRANSACTION SYSTEMS, LLC,

              Plaintiff,

    vs.

POYNT CO.,

              Defendant.

Case No. 4:18-cv-6862-YGR

**JOINT STIPULATION OF DISMISSAL**

Date Complaint Filed: Nov. 13, 2018
Trial Date: Not Set

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

10/31/19

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Plaintiff Sales Transaction Systems, LLC ("STS" or "Plaintiff") and Defendant Poynt Corporation ("Poynt" or "Defendant") hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

1.     STS hereby dismisses with prejudice all claims that it raised in the above-referenced action (the "Action"); and

2.     Each party shall bear its own costs and attorneys' fees.


DATED:     October 30, 2019     ___/s/ Sarah A. Pfeiffer_____
Attorneys for Plaintiff

Sarah A. Pfeiffer
Mark B. Chassman (CA Bar No. 119619)
Email: mchassman@chassmanseelig.com
**CHASSMAN & SEELIG LLP**
11766 Wilshire Boulevard, Suite 270
Los Angeles, CA 90025
Telephone: (310) 929-7192
Fax: (310) 929-7627

Sarah A. Pfeiffer (CA Bar No. 278205)
Email: sap@msf-law.com
Seth H. Ostrow (*pro hac vice*)
Email: sho@msf-law.com
**MEISTER SEELIG & FEIN LLP**
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649


DATED:     October 30, 2019     ___/s/ Clement Seth Roberts_____
Attorneys for Defendant

CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

JACOB M. HEATH (SBN 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

## <u>ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)</u>

I, Sarah A. Pfeiffer, attest that concurrence in the filing of this document has been obtained from all signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 30, 2019, at New York, New York.

*/s/ Sarah A. Pfeiffer*_____
Sarah A. Pfeiffer
